UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SEMCRUDE, L.P., *et al.*, | Case No. 08-11525 (BLS) |
| Debtors. | (Jointly Administered) |
| | Objections due by: September 3, 2008 at 4:00 p.m. |
| | Hearing Date: September 10, 2008, at 10:00 a.m. |

**NOTICE OF MOTION OF CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC., FOR RELIEF FROM STAY UNDER <u>SECTION 362 OF THE BANKRUPTCY CODE</u>**

**To: SemCrude, L.P.**
Two Warren Place
6120 South Yale Avenue, Suite 700
Tulsa, OK 74136-4216

**Office of the United States Trustee**
J. Caleb Boggs Federal Bldg.
844 King Street, Suite 2207
Wilmington, DE 19801

**Counsel for the Debtors:**
Harvey R Miller, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Counsel to the Creditors' Committee:**
Susheel Kirpalani, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

**Local Counsel to Debtors:**
Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Local Counsel to the Creditors' Committee:**
Bonnie Glantz Fatell, Esq
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Chevron Products Company, a division of Chevron U.S.A. Inc. ("Chevron") has, on August 21, 2008, filed a motion for relief from stay (the "Motion"), pursuant to Sections 362(d) and 553 of Title 11 of the United States Code (the "Bankruptcy Code"), which seeks the entry of

an Order lifting the automatic stay currently in place in the SemCrude, L.P. *et al* (the "Debtors") bankruptcy to allow Chevron to setoff certain mutual obligations (as described in the Motion).

HEARING ON THE MOTION WILL BE HELD ON **SEPTEMBER 10, 2008, at 10:00 a.m. (EDT).**

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached Motion on or before **SEPTEMBER 3, 2008 at 4:00 p.m.**

At the same time, you must also serve a copy of the response upon movant's attorneys:

Norman M. Monhait, Esq.
ROSENTHAL, MONHAIT & GODDESS, PA
Citizens Bank Center, Suite 1401
919 Market Street, PO Box 1070
Wilmington, DE 19899
Telephone: 302.656.4433

and

Richard L. Epling, Esq.
Karen B. Dine, Esq.
Margot P. Erlich, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036
Telephone: 212.858.1000

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and

validity of any security instrument.

Dated: August 21, 2008

Respectfully submitted,

*[signature]*

Norman M. Monhait (#1040)
ROSENTHAL, MONHAIT & GODDESS, PA
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899
Telephone: 302.656.4433
Facsimile: 302.658.7567

and

Richard L. Epling, Esq.
Karen B. Dine, Esq.
Margot P. Erlich, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036
Telephone: 212.858.1000
Facsimile: 212.858.1500

*Attorneys for Chevron Products Company, a division of Chevron U.S.A. Inc.*