# EXHIBIT A

Exhibit A

| Contract | Relevant Debtor Contracting with Chevron |
|---|---|
| Contract No. SEI08PE0005 dated May 16, 2008 | SemFuel |
| Contract No. SEI08TB0005 dated July 1, 2008 | SemFuel |
| Contract No. SEI08TB0006 dated July 10, 2008 | SemFuel |
| Contract No. SES06TS002 dated August 31, 2006 | SemStream |
| Contract No. SES07TS002 dated May 4, 2006 | SemStream |
| Contract No. SES07TS003 dated June 1, 2007 | SemStream |
| Contract No. SES07TS006 dated July 26, 2006 | SemStream |
| Contract No. SES07TE003 dated December 7, 2007 | SemStream |
| Contract No. SES08TE001 dated May 8, 2008 | SemStream |
| Contract No. SES08TS001 dated February 5, 2008 | SemStream |
| Contract No. SES08TS007 dated June 30, 2008 | SemStream |
| Contract No. SES08TS008 dated July 2, 2008 | SemStream |
| Contract No. SEJ04TB0021 dated October 27, 2006 | SemCrude |
| Contract No. SEJ04TB0022 dated October 13, 2006 | SemCrude |
| Contract No. SEJ04TS0001 dated April 12, 2007 | SemCrude |
| Contract No. SEJ06TP0003 dated February 15, 2008 | SemCrude |
| Contract No. SEJ07TB0003 dated July 11, 2008 | SemCrude |
| Contract No. SEJ08TP0001 dated May 16, 2008 | SemCrude |
| Contract No. SEJ08TP0004 dated July 8, 2008 | SemCrude |
| Contract No. SEJ08TS0001 dated May 14, 2008 | SemCrude |
| Contract No. SEJ08TS0002 dated May 29, 2008 | SemCrude |
| Contract No. SEJ08TB0001, effective date July 1, 2008 | SemCrude |