# Exhibit F



**Chevron**

July 18, 2008

SemCrude, L.P.
7676 Woodway Dr., Suite 350
Houston, TX 77063-6305
Attn:   Mike Ditmore, Trader
Fax:    918-388-8285

Ref:   Contract No.   SEJ04TB0021 dated June 2, 2004
       Contract No.   SEJ04TB0022 dated June 2, 2004
       Contract No.   SEJ04TS0001 dated November 1, 2004
       Contract No.   SEJ07TB0003 dated April 12, 2007
       Contract No.   SEJ08TS0001 dated May 13, 2008
       Contract No.   SEJ08TS0002 dated May 22, 2008

Dear Mr. Jensen:

Pursuant to the above referenced contracts as dated, between Chevron Products Company, a division of Chevron U.S.A. Inc. (Chevron) and SemCrude, LP, and the Chevron General Provisions for Crude Oil and Products – Exchanges and Purchases/Sales dated May 1, 1996, Financial Responsibility, as amended in the above referenced contracts, and Conoco's General Provisions for Domestic Crude Oil Agreements dated January 1, 1993 (referencing contract SEJ08TS0001), we are exercising our right to demand security by requesting a Letter of Credit in the amount of $60,467,607.29 as follows.

| SemCrude   |       | Jun-08        | Jul-08        | Aug-08        |
|------------|-------|---------------|---------------|---------------|
| SEJ04TB0021 | Crude | 0.00          | 451,364.10    | 428,841.60    |
| SEJ04TB0022 | Crude | 1,903,119.87  | 1,820,901.89  | 1,722,252.18  |
| SEJ04TS0001 | Crude | 20,329.74     | 7,923.18      | 15,115.75     |
| SEJ07TB0003 | Crude | 17,166,955.51 | 16,831,150.91 | 16,067,750.48 |
| SEJ08TS0001 | Crude | 843,302.63    | 842,799.98    | 804,935.34    |
| SEJ08TS0002 | Crude | -             | 785,486.47    | 755,377.66    |
| Total:     |       | $19,933,707.75 | $20,739,626.53 | $19,794,273.01 |

Chevron must receive the Letter of Credit by the close of business on July 22, 2008. The expiration date on the Letter of Credit must be no earlier than October 10, 2008, and must be in a form and from a bank acceptable to Chevron, with a fax copy and an original by overnight mail to the following:

July 14, 2005
Page 2

Chevron Products Company, a division of Chevron U.S.A. Inc.
Attn: Gloria C. Sandoval, Credit Manager
1500 Louisiana Street, 4th floor
Houston, TX 77002
Fax No. 281.582.3510
Phone: 832.854.4281

If you have any questions, please contact me 832.854.4281 or cell 832.465.5253.

Sincerely,

*Gloria C. Sandoval/JRG*

Gloria C. Sandoval
Credit Manager


CC:     Attn: Mike Ditmore, Trader
        SemFuel, L.P.
        Via fax: 918-388-8285

        Attn: Don Spaugy, Vice President
        SemGroup, L.P.
        Via fax: 918-524-8217

        Attn: Trey Skelton, Credit Manager
        SemGroup, L.P.
        Via fax: 918-524-8231


**Chevron**

July 18, 2008

SemFuel L.P.
5 Greenspoint Plaza
Houston, TX 77060
Attn: Don Jensen, Trader
Fax: 720-528-1233

Ref: Contract No. SEI08PE0005 dated May 16, 2008
Contract No. SEI08TB0005 dated July 1, 2008
Contract No. SEI08TB0006 dated July 9, 2008
Contract No. SEI08TB0007 dated July 15, 2008

Dear Mr. Jensen:

Pursuant to the above referenced contracts as dated, between Chevron Products Company, a division of Chevron U.S.A. Inc. (Chevron) and SemFuel, LP, and the Chevron General and/or Marine Provisions dated May 1, 1996, Financial Responsibility, as amended in the above referenced contracts, we are exercising our right to demand security by requesting a Letter of Credit in the amount of $10,343,024.00 as follows.

|             |          | Type            | Jul-08         |  |  |
|-------------|----------|-----------------|----------------|--|--|
| SEI08TB0005 | Products | Regular Unleaded | $3,576,824.00 |  |  |
| SEI08TB0006 | Products | Regular Unleaded | $3,385,200.00 |  |  |
| SEI08TB0007 | Products | Regular Unleaded | $3,381,000.00 |  |  |
| Total:      |          |                 | $10,343,024.00 |  |  |

Chevron must receive the Letter of Credit by the close of business on July 22, 2008. The expiration date on the Letter of Credit must be no earlier than September 30, 2008, and must be in a form and from a bank acceptable to Chevron, with a fax copy and an original by overnight mail to the following:

Chevron Products Company, a division of Chevron U.S.A. Inc.
Attn: Gloria C. Sandoval, Credit Manager
1500 Louisiana Street, 4th floor
Houston, TX 77002
Fax No. 281.582.3510
Phone: 832.854.4281

July 14, 2005
Page 2

If you have any questions, please contact me at 832.854.4281 or on my cell at 832.465.5253.

Sincerely,

*Gloria C. Sandoval /JRG*

Gloria C. Sandoval
Credit Manager

CC:    Attn: Don Jensen, Trader
       SemFuel, L.P.
       Via fax: 720-528-1233

       Terri Hull, Credit Manager
       SemFuel, L.P.
       Via fax: 918-524-8299

       Attn: Don Spaugy, Vice President
       SemGroup, L.P
       Via fax: 918-524-8217

       Attn: Trey Skelton, Credit Manager
       SemGroup, L.P.
       Via fax: 918-524-8231


**Chevron**

July 18, 2008

SemStream, L.P.
7676 Wood6120 S. Yale Avenue, Suite 700
Tulsa, OK 74136
Attn:   Joel Hunter, Trader

Ref:   Contract No.   SES06TS0002 dated August 31, 2006
       Contract No.   SES08TS0001 dated February 5, 2008
       Contract No.   SES08TS0007 dated June 30, 2008
       Contract No.   SES08TS0008 dated July 2, 2008

Dear Mr. Hunter:

Pursuant to the above referenced contracts as dated, between Chevron Products Company, a division of Chevron U.S.A. Inc. (Chevron) and SemStream, L.P., and the Chevron Products Company General Terms and Conditions for Liquids Product Purchases and Sales Agreements dated September 1, 2006, Financial Responsibility, as amended in the above referenced contracts, we are exercising our right to demand security by requesting a Letter of Credit in the amount of $8,195,811.63 as follows:

| **SemCrude** | | **Jul-08** | **Aug-08** | **Sept-08** |
|---|---|---|---|---|
| SES06TS0002 | NGL | 1,201,435.33 | 951,239.52 | -- |
| SES08TS0001 | NGL | 1,594,448.78 | 1,248,575.00 | 1,252,355.00 |
| SES08TS0007 | NGL | 1,737,679.00 | -- | -- |
| SES08TS0008 | NGL | 210,079.00 | -- | -- |
| **Total:** | | **$4,743,642.11** | **$2,199,814.52** | **$1,252,355.00** |

Chevron must receive the Letter of Credit by the close of business on July 22, 2008. The expiration date on the Letter of Credit must be no earlier than October 31, 2008, and must be in a form and from a bank acceptable to Chevron, with a fax copy and an original by overnight mail to the following:

Chevron Products Company, a division of Chevron U.S.A. Inc.
Attn: Gloria C. Sandoval, Credit Manager
1500 Louisiana Street, 4th floor
Houston, TX 77002

Page 2

Fax No. 281.582.3510
Phone: 832.854.4281

If you have any questions, please contact me 832.854.4281 or cell 832.465.5253.

Sincerely,

*Gloria C Sandoval /JRG*

Gloria C. Sandoval
Credit Manager

CC:    Attn: Don Spaugy, Vice President
       SemGroup, L.P
       Via fax: 918-524-8217


       Attn: Trey Skelton, Credit Manager
       SemGroup, L.P.
       Via fax: 918-524-8231