# Exhibit G



1500 Louisiana Street
Houston, Texas 77002

# NOTICE OF ADMINISTRATIVE FREEZE ON PAYMENTS

SemFuel, L.P.
6400 South Fiddlers Green Circle, Suite 1750
Greenwood Village, CO 80111

SemCrude, L.P.
Two Warren Place
6120 South Yale Avenue, Suite 700
Tulsa, OK 74136-4216

SemStream, L.P.
Two Warren Place
6120 South Yale Avenue, Suite 700
Tulsa, OK 74136-4216

SemCanada Crude Company
1000-530 Eighth Avenue, SW
Calgary, Alberta T2P 3S8

SemCanada Energy Company
1000-530 Eighth Avenue, SW
Calgary, Alberta T2P 3S8

    Under the terms of certain contracts[1] between (a) SemFuel, L.P. ("SemFuel"), SemCrude, L.P. ("SemCrude") and SemStream, L.P. ("SemStream") and Chevron Products Company, a division of Chevron U.S.A. Inc. ("Chevron U.S.A."), and (b) SemCanada Crude Company ("SemCanada Crude") and SemCanada Energy Company ("SemCanada Energy") and Chevron Canada Resources ("CCR"), Aitken Creek Gas Storage ULC ("Aitken Creek") and Unocal Canada Alberta Hub Limited ("Alberta Hub") (collectively, "Chevron Canada" and together with Chevron U.S.A., "Chevron"), as of July 22, 2008 (the "Petition Date"):

    (i) $1,405,878.40[2] US dollars was payable by Chevron U.S.A. to SemCrude based on the delivery of crude oil;
    (ii) $2,610,090.00 Canadian dollars was payable by CCR to SemCanada Crude based on the delivery of crude oil;

---

[1] All such contracts are listed in Schedule A attached hereto (collectively, the "Contracts").
[2] Such amount payable by Chevron U.S.A. is a net amount after verification by SemCrude representatives in accordance with the Net Settlement Agreement, dated April 22, 2004.

(iii) $667,996.56 Canadian dollars was payable by CCR to SemCanada Energy based on the delivery of natural gas; and

(iv) $295,680.00 Canadian dollars was payable by Alberta Hub to SemCanada Energy based on the delivery of natural gas (collectively, the "Chevron Related Payables").

Under the Contracts, as of the Petition Date:

(a) SemFuel owes Chevron U.S.A a total of $10,228,449.00 for unleaded gasoline delivered to SemFuel on credit prior to the Petition Date;
(b) SemStream owes Chevron U.S.A. a total of $3,549,343.54 for deliveries of butane, isobutene and/or propane that preceded the Petition Date;
(c) SemCanada Crude owes Aitken Creek $831,830.20[3] for deliveries of crude oil and condensate; and
(d) SemCanada Energy owes Aitken Creek $2,569,639.71[4] for deliveries of natural gas.

Reference is also hereby made to the following agreements to which the Contracts relate:

(a) Net Settlement Agreement, dated April 22, 2004 between SemCrude and Chevron U.S.A.;
(b) Chevron General Terms and Conditions for Liquid Product Purchases and Sales Agreement, dated September 1, 2006;
(c) Chevron General Provisions for Crude Oil and Products—Exchanges and Purchase/Sales, revised May 1, 1996; and
(d) Conoco General Provisions For Domestic Crude Oil Agreements, effective January 1, 1993.

The Dollar amounts listed above are based on the best information available as of the date of this letter. The dollar amounts are subject to change or revision due to statement finalization and pipeline verifications.

You are hereby advised that Chevron is placing an administrative hold on the Chevron Related Payables owed to SemCrude, SemCanada Crude and SemCanada Energy pending a court determination on Chevron's rights under the Contracts, under section 553 of the United States Bankruptcy Code, and under s. 18.1 and such other provisions as may be determined of the Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-38, as amended.

In addition, Chevron U.S.A. received $643,913.01 total in wire payments from SemStream that we intend to hold and include as part of the funds subject to set-off as described herein.

---

[3] This amount does not include sales of crude and condensate from Aitken Creek to SemCanada Crude during the month of July, 2008. Chevron has not yet received the pipeline statement for this time period and is therefore unable to include the amount due for this period and reserves all its rights and remedies with respect thereto.

[4] Such amount payable by SemCanada Energy is a net amount for natural gas purchases and sales under the same GasEDI contract referenced in Schedule A.

2

Very truly yours,

Chevron Products Company

By: _____
John Castagna
Vice President
Chevron Products Company,
A Division of Chevron U.S.A Inc.

Chevron Canada Resources
By its Managing Partner, Chevron
Canada Limited

By: *(signed)* P D Cannon
Philip Dale Cannon
Attorney-in-Fact


Aitken Creek Gas Storage ULC

By: *(signed)* P D Cannon
Philip Dale Cannon
Attorney-in-Fact


Unocal Canada Alberta Hub Limited

By: *(signed)* P D Cannon
Philip Dale Cannon
Attorney-in-Fact

4

Schedule A

| Contract | Sem Entity Contracting with Chevron |
|---|---|
| Contract No. SEI08PE0005 dated May 16, 2008 | SemFuel |
| Contract No. SEI08TB0005 dated July 1, 2008 | SemFuel |
| Contract No. SEI08TB0006 dated July 10, 2008 | SemFuel |
| Contract No. SES06TS0002 dated August 31, 2006 | SemStream |
| Contract No. SES07TS0003 dated June 1, 2007 | SemStream |
| Contract No. SES07TS0006 dated July 26, 2006 | SemStream |
| Contract No. SES07TE0003 dated December 7, 2007 | SemStream |
| Contract No. SES08TS0001 dated February 5, 2008 | SemStream |
| Contract No. SES08TS0007 dated June 30, 2008 | SemStream |
| Contract No. SES08TS0008 dated July 2, 2008 | SemStream |
| Contract No. SEJ04TB0022 dated October 13, 2006 | SemCrude |
| Contract No. SEJ06TP0003 dated February 15, 2008 | SemCrude |
| Contract No. SEJ07TB0003 dated July 11, 2008 | SemCrude |
| Contract No. SEJ08TS0002 dated May 29, 2008 | SemCrude |
| Contract No. SEJ08TB0001 effective date July 1, 2008 | SemCrude |
| Contract No. SCE06TP0010 Revision 3, dated October 30, 2007, reinstating Contract dated July 1, 2006 | SemCanada Crude |
| Purchase Contract, dated April 24, 2003, effective November 2002; SemCanada Contract Number 028-2002-1684 | SemCanada Crude |
| Crude Oil Sale/Purchase/Exchange Contract Dated November 25, 2004, effective October 2004; SemCanada Contract Number 028-2004-607 | SemCanada Crude |
| Contract No. SCGC04GT; Gas EDI Base Contract, Dated January 1, 2005 | SemCanada Energy |
| Contract No. SCGEC08; Gas EDI Base contract, Dated April 1, 2008 | SemCanada Energy |
| Contract No. SCGC06; Gas EDI Base Contract, Dated November 1, 2006 | SemCanada Energy |

5