# Exhibit H

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEMCRUDE, L.P., *et al.*, | ) | Case No. 08-11525 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Related to Docket No. ___ |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Chevron Products Company, a division of Chevron U.S.A. Inc. ("Chevron"), having filed its motion for relief from the automatic stay to allow for the setoff of mutual obligations (the "Motion"); and parties in interest having received adequate notice; and the Court having considered the Motion, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the automatic stay is modified to the extent necessary to enable Chevron to exercise the setoff rights to which it is entitled under certain agreements referenced in the Motion.

Dated: September ___, 2008

The Honorable Brendan L. Shannon
United States Bankruptcy Judge

18