# CERTIFICATE OF SERVICE

I, Norman M. Monhait, hereby certify that a true and correct copy of the foregoing **Notice Of Motion Of Chevron Products Company, A Division Of Chevron U.S.A. Inc., For Relief From Stay Under Section 362 Of The Bankruptcy Code and Motion Of Chevron Products Company, A Division Of Chevron U.S.A. Inc., For Relief From The Automatic Stay To Allow For SetOff Of Mutual Obligations** was served upon the parties listed on CM/ECF on this 21st day of August, 2008,

and by Hand Delivery upon,

*Office of the United States Trustee*
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Wilmington, Delaware 19801

Mark D. Collins, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
*Local Counsel to Debtors*

Bonnie G. Fatell, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
*Local Counsel to Creditors' Committee*

And by Federal Express upon,

Harvey R. Miller, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Susheel Kirpalani, Esquire
Quinn Emanuel Urquhart Oliver
 & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

_____
Norman M. Monhait (#1040)