IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
SEMCRUDE, L.P., *et al.*,               :    Case No. 08-11525 (BLS)
                                        :    (Jointly Administered)
                    Debtors.            :
                                        :    Re: Docket No. 2186
                                        :
------------------------------------------------------------x

## ORDER GRANTING DEBTORS' MOTION TO EXTEND THEIR EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE

Upon consideration of the Motion, dated November 18, 2008 (the "Motion"), of SemCrude, L.P., its parent, SemGroup, L.P. ("SemGroup"), and certain direct or indirect subsidiaries of SemGroup, as debtors and debtors in possession (collectively, the "SemGroup Companies" or the "Debtors"),[1] for entry of an order, extending the Debtors' exclusive periods to propose and file a chapter 11 plan to March 19, 2009 (the "Exclusive Filing Period") and solicit acceptances thereof to May 19, 2009 (the "Exclusive Solicitation Period" and together with the Exclusive Filing Period, the "Exclusive Periods") pursuant to 11 U.S.C. § 1121(d), and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due notice of the Motion having been provided; and it appearing that no other notice need be provided; and it appearing that granting the relief is in the best interests of the Debtors,

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: SemCrude, L.P. (7524), Chemical Petroleum Exchange, Incorporated (8866), Eaglwing, L.P. (7243), Grayson Pipeline, L.L.C. (0013), Greyhawk Gas Storage Company, L.L.C. (4412), K.C. Asphalt L.L.C. (6235), SemCanada II, L.P. (3006), SemCanada L.P. (1091), SemCrude Pipeline, L.L.C. (9811), SemFuel Transport LLC (6777), SemFuel, L.P. (1015), SemGas Gathering LLC (4203), SemGas Storage, L.L.C. (0621), SemGas, L.P. (1095), SemGroup Asia, L.L.C. (5852), SemGroup Finance Corp. (3152), SemGroup, L.P. (2297), SemKan, L.L.C. (8083), SemManagement, L.L.C. (0772), SemMaterials Vietnam, L.L.C. (5931), SemMaterials, L.P. (5443), SemOperating G.P., L.L.C. (5442), SemStream, L.P. (0859), SemTrucking, L.P. (5355), Steuben Development Company, L.L.C. (9042), and SemCap, L.L.C. (5317). The Debtors do not seek relief in the Motion with respect to SemGroup Holdings, L.P. (Case No. 08-12504).

their estates and creditors; and any objections to the Motion having been resolved, withdrawn or otherwise overruled by this Order; and after due deliberation, and sufficient cause appearing therefor,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The relief requested in the Motion is granted.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the Debtors' Exclusive Filing Period is extended through and including March 19, 2009.

3. Pursuant to section 1121(d) of the Bankruptcy Code, the Debtors' Exclusive Solicitation Period is extended through and including May 19, 2009.

4. This Order shall be without prejudice to the Debtors' right to seek additional extensions of the Exclusive Periods.

5. This Court shall reserve jurisdiction to interpret and enforce this Order.

Dated: December 8, 2008
Wilmington, Delaware

_____
THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

RLF1-3346685-1