# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **SEMCRUDE, L.P., *et al.*,**[1] | ) | **Case No. 08-11525 (BLS)** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | |
| | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **SEMGROUP HOLDINGS, L.P.,**[2] | ) | **Case No. 08-12504 (BLS)** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

## NOTICE OF FOURTH AMENDMENTS TO
## SCHEDULES FOR SEMCRUDE, L.P., EAGLWING, L.P., SEMCRUDE
## PIPELINE, L.L.C., SEMFUEL, L.P., SEMGAS, L.P., SEMGROUP, L.P.,
## SEMMATERIALS, L.P., SEMSTREAM, L.P. AND SEMGROUP HOLDINGS, L.P.

PLEASE TAKE NOTICE that on October 20, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their **Schedules of Assets and Liabilities** [Docket Nos. 1805-1808, 1810-1825, & 1829-1833] (the "Schedules") with the United States Bankruptcy Court for the District of Delaware (the "Court").

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each debtor's federal tax identification number, are: SemCrude, L.P. (7524), Chemical Petroleum Exchange, Incorporated (8866), Eaglwing, L.P. (7243), Grayson Pipeline, L.L.C. (0013), Greyhawk Gas Storage Company, L.L.C. (4412), K.C. Asphalt L.L.C. (6235), SemCanada II, L.P. (3006), SemCanada L.P. (1091), SemCrude Pipeline, L.L.C. (9811), SemFuel Transport LLC (6777), SemFuel, L.P. (1015), SemGas Gathering LLC (4203), SemGas Storage, L.L.C. (0621), SemGas, L.P. (1095), SemGroup Asia, L.L.C. (5852), SemGroup Finance Corp. (3152), SemGroup, L.P. (2297), SemKan, L.L.C. (8083), SemManagement, L.L.C. (0772), SemMaterials Vietnam, L.L.C. (5931), SemMaterials, L.P. (5443), SemOperating G.P., L.L.C. (5442), SemStream, L.P. (0859), SemTrucking, L.P. (5355), Steuben Development Company, L.L.C. (9042), and SemCap, L.L.C. (5317). To date, SemGroup Holdings, L.P. (Case No. 08-12504) has not been consolidated with the Debtors' aforementioned chapter 11 cases for procedural purposes through joint administration.

[2] To date, this Chapter 11 case has not been consolidated with the jointly administered cases under the caption SemCrude, L.P., et al., (the "SemGroup Debtors") Case No. 08-11525 (the "SemGroup Chapter 11 Cases"), also pending before this Court.

PLEASE TAKE FURTHER NOTICE that on October 30, 2008, the Debtors filed their **Summary of First Amended Schedules of Assets and Liabilities & Statement of Financial Affairs** regarding SemGroup, L.P. [Docket Nos. 1930-1939] (the "First Amended Schedules") with the Court.[3]

PLEASE TAKE FURTHER NOTICE that on December 2, 2008, the Debtors filed **Schedules and Assets of Liabilities** for debtors SemCap, L.L.C. and SemGroup Holdings, L.P. [Docket Nos. 2415 & 2416] (the "SemCap and Holdings Schedules") with the Court.

PLEASE TAKE FURTHER NOTICE that on January 16, 2009, the Debtors filed their **Second Amended Schedules of Assets and Liabilities** [Docket Nos. 2816-2827] (the "Second Amended Schedules") with the Court.[4]

PLEASE TAKE FURTHER NOTICE that on January 26, 2009, the Debtors filed their **Third Amended Schedules of Assets and Liabilities** [Docket Nos. 2902 and 2907] (the "Third Amended Schedules") with the Court.[5]

PLEASE TAKE FURTHER NOTICE that on August 13, 2009, the Debtors filed their **Fourth Amended Schedules of Assets and Liabilities** [Docket Nos. 5204-5212] (the "Fourth Amended Schedules") with the Court.[6] A summary of the parties affected by the

---

[3] The First Amended Schedules covered the following Debtors: SemGroup, L.P., SemStream, L.P., SemTrucking, L.P., SemGas, L.P., SemMaterials, L.P. SemGas Storage, L.L.C., SemFuel, L.P., SemKan, L.L.C., SemGas Gathering, L.L.C., SemCrude Pipeline, L.L.C.

[4] The Second Amended Schedules covered the following Debtors: SemKan, L.L.C., SemGas, L.P., SemStream, L.P., SemMaterials, L.P., SemFuel, L.P., Eaglwing, L.P., SemCrude, L.P., SemManagement, L.L.C., SemGroup, L.P., SemGathering, L.L.C., SemCrude Pipeline, L.L.C. and SemCanada, L.P.

[5] The Third Amended Schedules covered the following Debtors: SemCrude, L.P. and Eaglwing, L.P.

[6] The Fourth Amended Schedules covered the following Debtors: SemCrude, L.P., Eaglwing, L.P., SemCrude Pipeline, L.L.C., SemFuel, L.P., SemGas, L.P., SemGroup, L.P., SemMaterials, L.P., SemStream, L.P. and SemGroup Holdings, L.P.

amendments (the "Amendments") is attached hereto as Exhibit 1. A list of the parties affected by the Amendments is attached hereto as Exhibit 2.

PLEASE TAKE FURTHER NOTICE that complete copies of the Fourth Amended Schedules are available at http://www.kccllc.net/SemGroup.

PLEASE TAKE FURTHER NOTICE that claimants affected by the Amendments that disagree with the change to the nature, amount, or classification of their claim(s) and who have not previously filed a proof of claim must file a proof of claim form with respect to such claim(s) in accordance with the *Order Pursuant to Bankruptcy Rule 3003(c)(3) and Sections 502(b)(9) of the Bankruptcy Code Establishing Deadlines for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* [Docket No. 2746] (the "Bar Date Order"), or within twenty (20) days from the date of this notice, whichever occurs later. Affected claimants who disagree with the Amendments as they pertain to their claim(s) may obtain a copy of the proof of claim form by contacting the Debtors' claims agent, in writing, at Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245, or contacting the Debtors' reorganization hotline at 1-866-721-4779. Claimants who disagree with the disputed status of their claim(s) may also respond by participating in the proceedings to resolve questions of law related to 503(b)(9) claims. (See *Order Establishing Procedures for the Resolution of Contested Issues of Law Related to the Twenty Day Claims Under Section 503(b)(9)* [Docket No. 4645].)

Dated: August 21, 2009
Wilmington, Delaware

Respectfully submitted,

*/s/ Mark D. Collins*

Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Maris J. Finnegan (No. 5294)
L. Katherine Good (No. 5101)
Michael W. Romanczuk (No. 4751)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
knight@rlf.com
mfinnegan@rlf.com
good@rlf.com
romanczuk@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Martin A. Sosland
Sylvia A. Mayer

*Attorneys for the Debtors and Debtors-in-Possession*