IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re                                                          :  Chapter 11
                                                               :
SEMCRUDE, L.P., *et al.*,[1]                                   :  Case No. 08-11525 (BLS)
                                                               :  (Jointly Administered)
                    Debtors.                                   :
                                                               :
---------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Greg Barlage, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On or before September 3, 2009, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail on the service list attached hereto as **Exhibit A**:

- **Notice of Fourth Amendments to Schedules for SemCrude, L.P., Eaglwing, L.P., SemCrude Pipeline, L.L.C., SemFuel, L.P., SemGas, L.P., SemGroup, L.P., SemMaterials, L.P., SemStream, L.P. and SemGroup Holdings, L.P.** [Docket No. 5325]

Dated: September 4, 2009

_____
Greg Barlage

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 4th day of September, 2009, by Greg Barlage, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

[Notary Seal: GABRIELA MEDINA, COMM #1853581, Notary Public-California, LOS ANGELES COUNTY, My Comm. Exp. JUNE 11, 2013]

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: SemCrude, L.P. (7524), Chemical Petroleum Exchange, Incorporated (8866), Eaglwing, L.P. (7243), Grayson Pipeline, L.L.C. (0013), Greyhawk Gas Storage Company, L.L.C. (4412), K.C. Asphalt L.L.C. (6235), SemCanada II, L.P. (3006), SemCanada L.P. (1091), SemCrude Pipeline, L.L.C. (9811), SemFuel Transport LLC (6777), SemFuel, L.P. (1015), SemGas Gathering LLC (4203), SemGas Storage, L.L.C. (0621), SemGas, L.P. (1095), SemGroup Asia, L.L.C. (5852), SemGroup Finance Corp. (3152), SemGroup, L.P. (2297), SemKan, L.L.C. (8083), SemManagement, L.L.C. (0772), SemMaterials Vietnam, L.L.C. (5931), SemMaterials, L.P. (5443), SemOperating G.P., L.L.C. (5442), SemStream, L.P. (0859), SemTrucking, L.P. (5355), and Steuben Development Company, L.L.C. (9042).

# Exhibit A

Exhibit A
Served via First Class Maill

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Barr | | 7000 N Prospect Ave | Oklahoma City | OK | 73111-8129 |
| Castle Exploration Co Inc | Three Valley Square | 1720 Kendarbren Dr Ste 724 | Jamison | PA | 18929-1094 |
| City of Wichita Ks | | 455 N Main St Fl 4 | Wichita | KS | 67202-1601 |
| Larkin M Goodrich | | 513 NW 19th St | Oklahoma City | OK | 73103-1873 |
| Midco Services Inc | | 704 W 41st St | Sand Springs | OK | 74063-2618 |
| MTM Petroleum Inc | | PO Box 391 | Kingman | KS | 67068-0391 |
| Oakland Petroleum Operating | | 7318 S Yale Ave Ste A | Tulsa | OK | 74136-7000 |
| Petroleum Reserve Corp | Three Valley Square | 1720 Kendarbren Dr Ste 724 | Jamison | PA | 18929-1049 |
| Phillips Exploration Company LC | | 1601 N Sagebrush St | Wichita | KS | 67230-7010 |
| RMA Group Inc | | 12130 Santa Margarita Ct | Rch Cucamonga | CA | 91730-6138 |
| Stevenson Operating LLC | | 659 Sandy Oaks Ranch Rd | Johnson City | TX | 78636-4367 |