## EXHIBIT A

## DISCLOSURE STATEMENT DEFINITIONS

As used in the Disclosure Statement, the following terms will have the respective meanings specified below:

1.1 **1145 Securities** means New Common Stock, Warrants and Management Stock.

1.2 **Active States** means the states of Kansas, New Mexico, Oklahoma, Texas, and Wyoming.

1.3 **Administrative Expense Claim** means (a) any Claim constituting a cost or expense of administration of the Chapter 11 Cases asserted or authorized to be asserted in accordance with sections 503(b) and 507(a)(2) of the Bankruptcy Code during the period up to and including the Effective Date and (b) any fees or charges assessed against the Debtors' estates pursuant to section 1930, chapter 123, Title 28, United States Code.

1.4 **Alberta Court** means the Court of Queen's Bench of Alberta.

1.5 **Alix Partners** means Alix Partners Services, LLC, restructuring advisors to the Debtors.

1.6 **Allowed** means, with reference to any Claim, (i) any Claim that has been listed by the Debtors in their Schedules, as such Schedules may be amended by the Debtors from time to time in accordance with Bankruptcy Rule 1009, as liquidated in amount and not disputed or contingent and for which no contrary proof of claim has been filed or objection thereto interposed, (ii) any Claim that is not Disputed, (iii) any Claim that is compromised, settled, or otherwise resolved pursuant to the authority granted to the Debtors or the Reorganized Debtors, as the case may be, pursuant to a Final Order of the Bankruptcy Court, or (iv) any Claim that has been allowed hereunder or by Final Order; provided, however, that Claims allowed solely for the purpose of voting to accept or reject the Plan pursuant to an order of the Bankruptcy Court will not be considered "Allowed Claims" hereunder; provided further, that First Purchaser Producer Twenty-Day Claims and Secured First Purchaser Producer Claims shall solely be Allowed in accordance with Section 3.1 of the Plan. With respect to any Other Twenty-Day Claim, such Claim shall solely become Allowed pursuant to (a) the Other Twenty-Day Claims Settlement, (b) a settlement or compromise between the Prepetition Administrative Agent and the holder of any such Other Twenty-Day Claim or (c) a Final Order of the Bankruptcy Court, and shall not be considered Allowed under clause (i) or (ii) above. Unless otherwise specified herein or by order of the Bankruptcy Court, "Allowed Administrative Expense Claim" or "Allowed Claim" will not, for any purpose under the Plan, include interest on such Administrative Expense Claim or Claim from and after the Petition Date.

1.7 **Alon Claim** means the Twenty-Day Claim in the amount of $10.5 million for Alon USA LP, which was Allowed pursuant to a settlement agreement approved by the Bankruptcy Court.

1.8 **Amended and Restated Initial Order** means the order of Madame Justice B.E.C. Romaine of the Alberta Court dated July 30, 2008.

1.9 **Auriga Revolver/Term Lender Distribution** means that portion, if any, of a Canadian Distribution resulting from the settlement agreement between SemCAMS ULC and Auriga Energy Inc., dated July 2, 2009, which was approved by an order of the Alberta Court, dated July 14, 2009, that constitutes Revolver/Term Lender Effective Date Cash as set forth in clause (iv) of Section 5.5(b)(y) of the Plan.

1.10 **Avoidance Actions** means Causes of Action arising under chapter 5 of the Bankruptcy Code, including but not limited, to Causes of Action arising under sections 502(d), 510, 542, 543, 544, 547, 548, 549, 550 and 553 of the Bankruptcy Code.

1.11 **Ballot** means the ballot distributed to a holder of a Claim or Equity Interest on which ballot such holder of a Claim or Equity Interest may, *inter alia*, vote for or against the Plan.

1.12 **Balloting Agent** means Financial Balloting Group LLC, located at 737 Third Avenue, 3rd Floor, New York, New York 10017.

1.13 **Bank Nominees** means the five (5) directors nominated by the Prepetition Lenders to the Board.

1.14 **Bankruptcy Code** means chapter 11 of title 11 of the United States Code, as amended from time to time, as applicable to the Chapter 11 Cases.

1.15 **Bankruptcy Court** means the United States Bankruptcy Court for the District of Delaware having jurisdiction over the Chapter 11 Cases.

1.16 **Bankruptcy Rules** means the Federal Rules of Bankruptcy Procedure, as promulgated by the United States Supreme Court under section 2075 of title 28 of the United States Code, and any local rules of the Bankruptcy Court, as amended, as applicable to the Chapter 11 Cases.

1.17 **Bar Date Order** means the order of the Bankruptcy Court dated January 8, 2009.

1.18 **Barclays** means Barclays Bank PLC.

1.19 **BIA** means the Bankruptcy and Insolvency Act (Canada).

1.20 **Blackstone** means Blackstone Advisory Services L.P., financial advisors to the Debtors.

1.21 **BNPP** means BNP Paribas.

1.22 **BNPP Claim** means the claim of BNPP against SemCanada Energy or any non-Debtor third party relating to a foreign exchange transaction between BNPP and SemCanada

Energy that was to settle on July 21, 2008 and pursuant to which SemCanada Energy was obligated to transfer CAN$5,561,500 to BNPP.

1.23 **Board** means the board of directors of New Holdco.

1.24 **BP** means BP Oil Supply Company

1.25 **Business Day** means any day other than a Saturday, a Sunday, or any other day on which commercial banks in New York, New York are required or authorized to close by law or executive order.

1.26 **Canadian Debtors** means, collectively, SemCAMS ULC, SemCanada Nova Scotia and the SemCanada Energy Group.

1.27 **Canadian Distribution** means Cash in respect of Claims under the Prepetition Credit Agreement that is distributed (i) to any of the Debtors or the Reorganized Debtors by the Canadian subsidiaries of SemGroup or (ii) to the Prepetition Lenders or the Administrative Agent on behalf of the Prepetition Lenders by the Canadian subsidiaries of SemGroup pursuant to the Canadian Plans or a bankruptcy, receivership or other proceeding of SemCanada Energy, A.E. Sharp Ltd. and CEG Energy Options, Inc.

1.28 **Canadian Plans** means, collectively, the SemCanada Nova Scotia Plan, the SemCAMS ULC Plan and, if approved by the required majority of the creditors of SemCanada Energy, A.E. Sharp Ltd. and CEG Energy Options, Inc. and sanctioned by the Alberta Court, the SemCanada Energy Plan.

1.29 **Carlyle/Riverstone** means The Carlyle Group and Riverstone Holdings LLC.

1.30 **Cash** means the lawful currency of the United States of America except that Cash distributed pursuant to a Canadian Distribution may include the lawful currency of Canada.

1.31 **Cash Equivalent** means securities or instruments of the type permitted under section 345 of the Bankruptcy Code.

1.32 **Catsimatidis Adversary Proceeding** means the adversary proceeding filed against the Catsimatidis Group, UREC and TEA on February 11, 2009.

1.33 **Catsimatidis Group** means Messrs. John A. Catsimatidis, J. Nelson Happy, Martin R. Bring, Matthew F. Coughlin, III, James C. Hansel, Myron L. Turfitt, United Refining Energy Corporation, United Refining Company, Tulsa Energy Acquisitions, L.L.C., and A.R. Thane Ritchie, and each of such Person's attorneys, consultants, advisors, affiliates, and agents.

1.34 **Catsimatidis Settlement Order** means the order of the Bankruptcy Court, approving the Stipulation of Settlement between the Debtors, Terrence Ronan, SGGP, the Administrative Agent, the Creditors' Committee and the Catsimatidis Settling Parties and the addition of Matthew F. Coughlin, III and Tulsa Energy Acquisitions, L.L.C..

1.35 **Catsimatidis Settling Parties** means Messrs. John A. Catsimatidis, J. Nelson Happy, Martin R. Bring, James C. Hansel, Myron L. Turfitt, Matthew F. Coughlin, III, United Refining Energy Corporation, United Refining Company and Tulsa Energy Acquisitions, L.L.C.

1.36 **Causes of Action** means, without limitation, any and all actions, causes of action, proceedings, controversies, liabilities, obligations, rights, suits, damages, judgments, Claims, objections to Claims, benefits of subordination of Claims, and demands whatsoever, whether known or unknown, reduced to judgment, liquidated or unliquidated, fixed or contingent, matured or unmatured, disputed or undisputed, secured or unsecured, assertable directly or derivatively, existing or hereafter arising, in law, equity, or otherwise, based in whole or in part upon any act or omission or other event occurring prior to the Petition Date or during the course of the Chapter 11 Cases, including through the Effective Date.

1.37 **CCAA** means the Canadian Companies' Creditors Arrangement Act, R.S.C. 1985 c. C-36, as amended.

1.38 **CCAA Plan Amendment Order** has meaning provided in Section IV.R.4.

1.39 **CEO** means Chief Executive Officer.

1.40 **CFTC** means Commodity Futures Trading Commission.

1.41 **Chapter 11 Cases** means the cases commenced under chapter 11 of the Bankruptcy Code by the Debtors on or after the Initial Petition Date, styled In re SemCrude, L.P., et al., Chapter 11 Case No. 08-11525 (BLS) (Jointly Administered), currently pending before the Bankruptcy Court.

1.42 **Chemical Petroleum** means Chemical Petroleum Exchange, Incorporated, an Illinois corporation.

1.43 **Claim** will have the meaning set forth in section 101(5) of the Bankruptcy Code.

1.44 **Class** means a category of Claims or Equity Interests as set forth in Article III of the Plan.

1.45 **Class A New Common Stock** means the Class A New Common Stock of New Holdco authorized under the New Holdco Certificate of Incorporation.

1.46 **Class B New Common Stock** means the Class B New Common Stock of New Holdco authorized under the New Holdco Certificate of Incorporation.

1.47 **COD** means cancellation of indebtedness.

1.48 **Collateral** means any property or interest in property of the estates of the Debtors subject to a Lien to secure the payment or performance of a Claim, which Lien is not subject to avoidance or otherwise invalid under the Bankruptcy Code or applicable state law.

1.49    **Compensation and Benefits Plans** means employee related plans including 401(k) plans, employee insurance benefits, and flexible spending accounts.

1.50    **Compromise and Settlement** means the global compromise and settlement of the various intercreditor disputes and Producer litigation embodied in the Plan and supported by the Creditors' Committee, the Lender Steering Committee, the Producers' Committee, the Producer Plaintiffs and the Debtors, providing for, among other things, the recoveries agreed to in (A) the Creditors' Settlement and (B) the Producers' Settlement..

1.51    **Confirmation Date** means the date on which the Clerk of the Bankruptcy Court enters the Confirmation Order on the docket of the Bankruptcy Court with respect to the Chapter 11 Cases.

1.52    **Conoco** means ConocoPhillips Company.

1.53    **Confirmation Hearing** means the hearing conducted by the Bankruptcy Court to consider Confirmation of the Plan.

1.54    **Confirmation Order** means the order of the Bankruptcy Court confirming the Plan pursuant to section 1129 of the Bankruptcy Code.

1.55    **Contributing Lender Assignment** means a written assignment of a Contributing Lenders' Claims to the Litigation Trust, in substantially the form which will be included in the Plan Supplement.

1.56    **Contributing Lenders** means (i) holders of Secured Lender Claims or Lender Deficiency Claims who vote to approve the Plan or who execute a Contributing Lender Assignment and (ii) the Prepetition Administrative Agent.

1.57    **Contributing Lenders' Claims** means any and all Causes of Action held by the Contributing Lenders, solely in their capacity as holders of Secured Lender Claims or Lender Deficiency Claims, or as Prepetition Administrative Agent, as applicable, against (i) SemGroup Energy Partners, G.P., L.L.C. and its subsidiaries, (ii) any Debtor, (iii) all current and former officers, directors, or employees of any Debtor or non-Debtor affiliate, (iv) all affiliates of persons described in clause (iii) hereof except for such Entities which constitute a direct or indirect investment or wholly or partially-owned subsidiary of SemGroup (other than SemGroup Energy Partners, G.P., L.L.C. and its subsidiaries as provided in clause (i) hereof) and (v) all Entities that provided services to or conducted transactions with any Debtor or non-Debtor affiliate, including, without limitation, all attorneys, accountants, financial advisors, trading counterparties, and customers or vendors, in each case solely as the provider of services or goods to any Debtor or non-Debtor affiliate; provided, however, that the BNPP Claim will be excluded. For the avoidance of doubt, Contributing Lenders' Claims do not include (a) Released Actions or (b) any Causes of Action asserted against a Prepetition Lender with a Claim under a Swap Contract (as defined in the Prepetition Credit Agreement) or a holder of a Swap Claim to determine whether or not such Swap Contract Claim qualifies as a Lender Swap Obligation under the Prepetition Credit Agreement.

1.58     **Creditor** means any Entity holding a Claim against the Debtors' estates or, pursuant to section 102(2) of the Bankruptcy Code, against property of the Debtors, that arose or is deemed to have arisen prior to or as of the Petition Date.

1.59     **Creditors' Committee** means the statutory committee of creditors holding Unsecured Claims appointed in the Chapter 11 Cases pursuant to section 1102(a)(1) of the Bankruptcy Code, as reconstituted from time to time.

1.60     **Creditors' Committee Nominee** means the one director nominated by the Creditors' Committee to the Board.

1.61     **Creditors' Meetings** mean the meetings of the unsecured creditors in respect of the Canadian Plans, called and to be held pursuant to an order of the Alberta Court granted on August 7, 2009 as it may be varied or amended from time to time, including by the order of the Alberta Court dated September 3, 2009, for the purpose of considering and voting upon the Canadian Plans, and includes any subsequent adjournment of such meetings.

1.62     **Creditors' Settlement** means the global compromise and settlement of the certain intercreditor disputes embodied in the Plan and supported by the Creditors' Committee, the Lender Steering Committee and the Debtors, providing for, among other things, (i) an increase in the potential recoveries for the holders of Claims in Classes 149 through 174 from (a) (1) provided certain assumptions in favor of the Prepetition Lenders are made, 0.26% of New Common Stock and (2) 30% of the Litigation Trust Interests to (b) (1) 3.75% of New Common Stock, (2) Warrants to purchase 3.75% of New Common Stock, and (3) 30% of the Litigation Trust Interests and (ii) an increase in the potential recoveries for the holders of Claims in Classes 201 through 226 from (a) (1) provided certain assumptions in favor of the Prepetition Lenders are made, 0.06% of New Common Stock and (2) 10% of the Litigation Trust Interests to (b) (1) 1.25% of New Common Stock, (2) Warrants to purchase 1.25% of New Common Stock, and (3) 10% of the Litigation Trust Interests.

1.63     **Debtors** means SemCrude, L.P., Chemical Petroleum Exchange, Incorporated, Eaglwing, L.P., Grayson Pipeline, L.L.C., Greyhawk Gas Storage Company, L.L.C., K.C. Asphalt L.L.C., SemCanada II, L.P., SemCanada L.P., SemCrude Pipeline, L.L.C., SemFuel Transport LLC, SemFuel, L.P., SemGas Gathering LLC, SemGas Storage, L.L.C., SemGas, L.P., SemGroup Asia, L.L.C., SemGroup Finance Corp., SemGroup, L.P., SemKan, L.L.C., SemManagement, L.L.C., SemMaterials Vietnam, L.L.C., SemMaterials, L.P., SemOperating G.P., L.L.C., SemStream, L.P., SemTrucking, L.P., Steuben Development Company, L.L.C., and SemCap, L.L.C.

1.64     **Debtors in Possession** means the Debtors as debtors in possession pursuant to sections 1101(1) and 1107(a) of the Bankruptcy Code.

1.65     **DHS** means the Department of Homeland Security.

1.66     **DIP Agent** means Bank of America, N.A.

1.67     **Disbursing Agent** means, solely to effectuate distributions pursuant to the Plan, the Reorganized Debtors or such other Entity as may be designated in the Confirmation Order.

For the avoidance of doubt, the Senior Notes Indenture Trustee will act as the Disbursing Agent for the holders of Senior Notes Claims.

1.68    **Disclosure Statement** means the disclosure statement for the Plan approved by the Bankruptcy Court in accordance with section 1125 of the Bankruptcy Code.

1.69    **Disclosure Statement Order** means the Final Order of the Bankruptcy Court approving the Disclosure Statement in accordance with section 1125 of the Bankruptcy Code.

1.70    **Disputed** means, with reference to (a) any Claim, proof of which was timely and properly filed, or an Administrative Expense Claim, which is disputed under the Plan or as to which a timely objection filed pursuant to sections 502(d) or 510 of the Bankruptcy Code, or otherwise, and/or request for estimation in accordance with section 502(c) of the Bankruptcy Code and Bankruptcy Rule 3018 has been interposed, and which objection and/or request for estimation has not been withdrawn or determined by a Final Order or (b) any Claim, proof of which was required to be filed by order of the Bankruptcy Court but as to which a proof of claim was not timely or properly filed. A Claim that is Disputed by the Debtors as to its amount only will be deemed Allowed in the amount the Debtors admit owing, if any, and Disputed as to the excess.

1.71    **Disputed Claim Amount** means the lesser of (a) the liquidated amount set forth in the proof of claim filed with the Bankruptcy Court relating to a Disputed Claim, (b) if the Bankruptcy Court has estimated such Disputed Claim pursuant to section 502(c) of the Bankruptcy Code, the amount of a Disputed Claim as estimated by the Bankruptcy Court, and (c) the amount of such Disputed Claim allowed by the Bankruptcy Court pursuant to section 502 of the Bankruptcy Code, or zero, if such Disputed Claim is disallowed by the Bankruptcy Court pursuant to such section, in either case, regardless of whether the order or judgment allowing or disallowing such Claim has become a Final Order; provided, however, that, in the event that such Claim has been disallowed, but the order of disallowance has not yet become a Final Order, the Bankruptcy Court may require the Disbursing Agent to reserve Plan Currency in an amount equal to the Pro Rata Share that would be attributed to such Claim if it were an Allowed Claim, or a lesser amount, to the extent that the Bankruptcy Court, in its sole and absolute discretion, determines such reserve is necessary to protect the rights of such holder under all of the facts and circumstances relating to the order of disallowance and the appeal of such holder from such order.

1.72    **Disputed Claims Reserve** means the reserve on account of Disputed Claims.

1.73    **Disputed Production Receivable** means, for any counterparty, the difference between such counterparty's Gross Production Receivable and its Undisputed Production Receivable. For the avoidance of doubt, Disputed Production Receivables do not include any Avoidance Actions.

1.74    **DJ Basin** means a geologic structural basin centered in eastern Colorado, but extending into southeast Wyoming, western Nebraska, and western Kansas.

1.75    **DOJ** means The Department of Justice.

1.76 **Downstream Claims** means claims asserted, or to be asserted, by one or more First Purchaser Producers against Downstream Purchasers arising from such Downstream Purchasers' purchases (including receipt, exchanges, delivery of or control over) of crude oil and/or gas from Debtors, that Debtors purchased from the First Purchaser Producers prior to the Petition Date, which oil and gas First Purchaser Producers assert Debtors transferred to the Downstream Purchasers and for which Debtors have not been paid in full (without setoff, netting, or other adjustment); provided that Downstream Claims shall be limited to claims against those Entities referred to on Schedule 1.48 and their successor or subsequent purchasers and, except as may be identified on Schedule 1.48, Downstream Claims shall in no event include any Claims against Prepetition Lenders or their representatives affiliates (other than any such claims against Goldman, J. Aron and their respective affiliates) who were such at 5:00 p.m. Eastern Daylight time on May 14, 2009.

1.77 **Downstream Purchasers** means the non-Debtor third parties against which the Downstream Claims are asserted or to be asserted.

1.78 **DTC** means The Depository Trust Company.

1.79 **Eaglwing** means Eaglwing, L.P., an Oklahoma limited partnership.

1.80 **Eaglwing First Purchaser Producer Twenty-Day Claims** means any Twenty-Day Claims asserted against Eaglwing by a First Purchaser Producer as set forth on Schedule 1 entitled "First Purchaser Producer Twenty-Day Claims (Listed by Debtor)" that was derived from the Fourth Amended Schedules.

1.81 **EBITDA** means earnings before interest, taxes, depreciation and amortization.

1.82 **Effective Date** means the first Business Day following the Confirmation Date that (a) the conditions to effectiveness of the Plan set forth in Section 17.1 of the Plan have been satisfied or otherwise waived in accordance with Section 17.3 of the Plan and (b) the effectiveness of the Confirmation Order will not be stayed.

1.83 **Employee KEIP** means the Employee Key Employee Incentive Plan.

1.84 **Entity** means a Person, a corporation, a general partnership, a limited partnership, a limited liability company, a limited liability partnership, an association, a joint stock company, a joint venture, an estate, a trust, an unincorporated organization, a governmental unit or any subdivision thereof, including, without limitation, the Office of the United States Trustee, or any other entity.

1.85 **EPA** means the Environmental Protection Agency.

1.86 **Equity Interest** means any ownership interest in any of the Debtors.

1.87 **ERCB** means the Energy Resources and Conservation Board.

1.88 **Eufaula Gathering System** means a pipeline that gathers, dehydrates and compresses gas from McIntosh and Hughes Counties, Oklahoma.

1.89 **EURIBOR** means the Euro Interbank Offered Rate.

1.90 **Eurodollar** means U.S.-dollar denominated deposits at foreign banks or foreign branches of U.S. banks.

1.91 **Examiner** means Louis J. Freeh, appointed as examiner of the Debtors pursuant to an order of the Bankruptcy Court, dated October 14, 2008.

1.92 **Executive KEIP** means the Executive Key Employee Incentive Plan.

1.93 **Exit Facility** means the working capital financing to be entered into by the Reorganized Debtors and the lenders party thereto in connection with the consummation of the Plan and effective on the Effective Date on such terms as are contained in the commitment letter included in the Plan Supplement.

1.94 **Exit Lenders** means the lenders under the Exit Facility.

1.95 **FERC** means Federal Energy Regulatory Commission.

1.96 **Final Order** means an order or judgment of the Bankruptcy Court or any other court of competent jurisdiction as to which the time to appeal, petition for certiorari, or move for reargument or rehearing has expired and as to which no appeal, petition for certiorari, or other proceedings for reargument or rehearing will then be pending or as to which any appeal, petition for certiorari, reargue, or rehear will have been waived in writing in form and substance satisfactory to the Debtors or, on and after the Effective Date, the Reorganized Debtors, or, in the event that an appeal, writ of certiorari, or reargument or rehearing thereof has been sought, such order of the Bankruptcy Court or other court of competent jurisdiction will have been determined by the highest court to which such order was appealed, or certiorari, reargument, or rehearing will have been denied or resulted in no modification of such order and the time to take any further appeal, petition for certiorari, or move for reargument or rehearing will have expired; provided, however, that the possibility that a motion under section 502(j) of the Bankruptcy Code, Rule 59 or Rule 60 of the Federal Rules of Civil Procedure, or any analogous rule under the Bankruptcy Rules or applicable state court rules of civil procedure, may be, but has not been, filed with respect to such order will not cause such order not to be a Final Order.

1.97 **First Filed Debtors** means the Debtors other than SemCap.

1.98 **First Filed Debtors' Schedules** means the schedules of assets and liabilities filed by the First Filed Debtors with the Bankruptcy Court, which listed all outstanding prepetition claims held against the First Filed Debtors as reflected in the First Filed Debtors' books and records.

1.99 **First Purchaser Producer Claims** means the Secured First Purchaser Producer Claims and the Unsecured First Purchaser Producer Claims.

1.100 **First Purchaser Producer Twenty-Day Claims** means any Twenty-Day Claims asserted by a First Purchaser Producer as set forth on Schedule 1 of the Plan entitled "First

Purchaser Producer Twenty-Day Claims (Listed by Debtor)" that was derived from the Fourth Amended Schedules.

1.101  **First Purchaser Producers** means Producers with respect to which first sales from oil and gas wells were made to a Debtor.

1.102  **Fourth Amended Schedules** means the amended Schedules filed by the Debtors on August 13, 2009 (Docket Nos. 5204-5212).

1.103  **General Unsecured Claim** means an Unsecured Claim (including a Producer Deficiency Claim), other than a Senior Notes Claim, a Lender Deficiency Claim, or an Intercompany Claim.

1.104  **Goldman** means Goldman Sachs & Co.

1.105  **Gross Production Receivable** means any account receivable of the Debtors arising from the sale of crude oil or natural gas before application of any asserted right of setoff or defense other than cash payment.

1.106  **Hyde Creager** means a joint venture owned by SemGas and Davis Operating Company that owns and operates a low-pressure gathering system in Pittsburg County, Oklahoma.

1.107  **ICA** means the Interstate Commerce Act.

1.108  **Inactive States** means the states of Colorado, Louisiana, Missouri, Montana, Nebraska, and North Dakota.

1.109  **Initial Petition Date** means July 22, 2008, the date on which SemGroup, L.P. and 24 of its direct and indirect subsidiaries filed their voluntary petitions for relief commencing certain of the Chapter 11 Cases.

1.110  **Intercompany Claim** means any Unsecured Claim held by any Debtor against any other Debtor.

1.111  **Intercompany Equity Interest** means any Equity Interest in any of the Debtors held by any of the other Debtors.

1.112  **Investigative Order** means the Bankruptcy Court order, dated September 10, 2008, authorizing and directing the Examiner to conduct an investigation of certain of the Debtors' pre-Petition Date transactions.

1.113  **IRS** means the Internal Revenue Service, an agency of the United States Department of Treasury.

1.114  **J. Aron** means J. Aron & Company.

1.115　**June Decisions** means the three Bankruptcy Court decisions issued on June 19, 2009 with respect to the Producer State-Specific Adversary Proceedings for the states of Kansas, Oklahoma and Texas.

1.116　**Kaiser-WGSP** means Kaiser-WGSP Company, LLC, an Oklahoma limited liability company.

1.117　**KEIP** means the Employee KEIP and the Executive KEIP.

1.118　**Lakeview** means a joint venture owned by SemGas and Davis Operating Company that owns and operates a low-pressure gathering system in Pittsburg County, Oklahoma.

1.119　**Lender Cash** means Plan Cash reduced by (a) Cash used to pay or reserved to pay Administrative Expense Claims (including, without duplication, Twenty-Day Claims), (b) Cash used to pay the Postpetition Financing Claims, (c) Cash used to pay or reserved to pay the Professional Compensation and Reimbursement Claims, (d) Cash used to pay or reserved to pay the portion of any Priority Non-Tax Claims and Priority Tax Claims paid on the Effective Date, (e) the Senior Notes Indenture Trustee Fees, (f) the US Term Lender Group Fees and (g) the Litigation Trust Funds.

1.120　**Lender Claims** means Working Capital Lender Secured Claims and Revolver/Term Lender Secured Claims.

1.121　**Lender Deficiency Claim** means (i) an Unsecured Claim in respect of the unsecured portion of a Revolver/Term Lender Claim or a Working Capital Lender Claim or (ii) a Swap Claim.

1.122　**Lender Steering Committee** means the unofficial steering committee of certain of the Prepetition Lenders, as constituted from time to time.

1.123　**LIBOR** means the London Interbank Offered Rate.

1.124　**Lien** will have the meaning set forth in section 101(37) of the Bankruptcy Code.

1.125　**Lien Procedures Order** means the Bankruptcy Court order, dated September 26, 2008, establishing procedures for the resolution of Liens asserted pursuant to the Producers' statutory Lien or similar statutes.

1.126　**Litigation Trust** means the Entity to be created on the Effective Date in accordance with Section 11.1 of the Plan and the Litigation Trust Agreement for the benefit of holders of Allowed Senior Notes Claims, Allowed Lender Deficiency Claims and Allowed General Unsecured Claims.

1.127　**Litigation Trust Agreement** means the trust agreement, substantially in the form contained in the Plan Supplement.

1.128  **Litigation Trust Assets** means the Litigation Trust Claims, the Contributing Lenders' Claims, the Litigation Trust Funds, and any other assets acquired by the Litigation Trust after the Effective Date or pursuant to the Plan.

1.129  **Litigation Trust Board** means the group of Persons approved prior to the Effective Date by the Bankruptcy Court, or any replacements thereafter selected in accordance with the provisions of the Litigation Trust Agreement, who will have the authority set forth in the Litigation Trust Agreement, consisting of three (3) Persons selected by the Lender Steering Committee and three (3) Persons selected by the Creditors' Committee, with decisions to require the approval of at least four (4) of such Persons, or with the consent of the Creditors' Committee, the Prepetition Administrative Agent and the Lender Steering Committee, a group consisting of two (2) Persons selected by the Lender Steering Committee and two (2) Persons selected by the Creditors' Committee, with decisions to require the approval of at least three (3) of such Persons.

1.130  **Litigation Trust Claims** means all Causes of Action asserted, or which may be asserted, by or on behalf of the Debtors or the Debtors' estates, in respect of matters arising prior to the Effective Date, including, but not limited to, Causes of Action in respect of Disputed Production Receivables and Avoidance Actions, but specifically excluding (i) other Causes of Action arising in the ordinary course of the Debtors' business; (ii) Released Actions; and (iii) any Causes of Action against a Prepetition Lender with a Claim under a Swap Contract (as defined in the Prepetition Credit Agreement) or a holder of a Swap Claim to determine whether or not such Swap Contract Claim qualifies as a Lender Swap Obligation under the Prepetition Credit Agreement.

1.131  **Litigation Trust Fund Reserve Amount** means, initially, a reserve of $15 million, and, thereafter, an amount to be fixed from time to time by the Litigation Trust Board, which reserve shall be in place to fund all expenses of the Litigation Trust, including, but not limited to, the fees and expenses of the professionals selected pursuant to the Litigation Trust Agreement and the costs related to any valuations; provided, however, that the Litigation Trust Fund Reserve Amount shall not exceed $15 million until the Litigation Trust Funds have been repaid in full to the holders of the Allowed Secured Working Capital Lender Claims as provided in Section 11.3 of the Plan.

1.132  **Litigation Trust Funds** means the $15 million of Plan Cash used to initially fund the Litigation Trust pursuant to Section 11.3 of the Plan.

1.133  **Litigation Trust Interests** means the beneficial interests in the Litigation Trust to be deemed distributed to holders of Allowed Lender Deficiency Claims, Allowed Senior Notes Claims, and Allowed General Unsecured Claims.

1.134  **Litigation Trustee** means the Entity, solely in its capacity as Litigation Trustee, approved by the Bankruptcy Court at the Confirmation Hearing to administer the Litigation Trust in accordance with the terms and provisions of Article XI of the Plan and the Litigation Trust Agreement.

1.135  **Mainline Pipeline Limited** means a pipeline located in England which runs northeast to Manchester and southeast to Nottingham.

1.136 **Management Committee** means the management committee of SemGroup G.P., L.L.C., the general partner of SemGroup.

1.137 **Management Incentive Plan** means the management incentive plan to be adopted by New Holdco, which will include approximately 5% of the New Common Stock and be in substantially the form to be contained in the Plan Supplement.

1.138 **Management Stock** means the Class A New Common Stock to be issued by New Holdco to employees and Board members in accordance with the Management Incentive Plan.

1.139 **Master Agreement** means the Master Agreement, dated as of April 7, 2009, by and among SemGroup, SGLP and certain of their subsidiaries.

1.140 **Minimum Operating Cash** means $50 million of Cash as of the Effective Date, whether such Cash is held by the Debtors or a Canadian subsidiary of SemGroup.

1.141 **Monitor** means Ernst & Young Inc.

1.142 **NEB** means Canada's National Energy Board.

1.143 **New Common Stock** means the Class A New Common Stock and Class B New Common Stock of New Holdco authorized under the New Holdco Certificate of Incorporation.

1.144 **New Holdco** means the new parent company of the Reorganized Debtors established under Delaware law.

1.145 **New Holdco Bylaws** means the bylaws of New Holdco, substantially in the form to be contained in the Plan Supplement.

1.146 **New Holdco Certificate of Incorporation** means the certificate of incorporation of New Holdco, substantially in the form to be contained in the Plan Supplement, which, among other things, changes the name of the company.

1.147 **NGA** means the Natural Gas Act.

1.148 **NGL** means Natural Gas Liquids.

1.149 **NOL** means net operating loss.

1.150 **Non-Settling Party** means any Creditor who has asserted an Other Twenty-Day Claim that does not elect to accept the Other Twenty-Day Claims Settlement.

1.151 **Noteholder Creditors** means, collectively, the Senior Notes Indenture Trustee and any holders of Senior Notes.

1.152 **Notice** means the notice(s) of certain objections to First Purchaser Producer Twenty-Day Claims and Other Twenty-Day Claims issued by the Debtors pursuant to the September 15 Order on July 17, 2009.

1.153  **NYMEX** means the New York Mercantile Exchange.

1.154  **OID** means original issue discount.

1.155  **Oklahoma Lawsuit** means the lawsuit filed in the United States District Court for the Northern District of Oklahoma by the Catsimatidis Group against the Debtors' CEO, Terrence Ronan, on April 2, 2009.

1.156  **OPA** means Oil Pollution Act, as amended.

1.157  **OSHA** means the Occupational Safety and Health Administration, as amended.

1.158  **OTC** means over-the-counter securities market.

1.159  **Other Proceedings** means any action filed by a Producer against any Prepetition Lenders or their respective affiliates, including without limitation Merrill Lynch and Co. or any of its affiliates, and directly or indirectly arising under, in connection with, or related to the provision of services to, or transactions conducted with, any Debtor, but specifically excluding any Downstream Claims.

1.160  **Other Secured Claim** means any Secured Claim other than a Secured Tax Claim, a Secured Lender Claim, a White Cliffs Credit Agreement Claim, or a Secured First Purchaser Producer Claim.

1.161  **Other Twenty-Day Claim** means a Twenty-Day Claim asserted by a Creditor that does not constitute a First Purchaser Producer Twenty-Day Claim as set forth on Schedule 3 entitled "Other Twenty-Day Claims (Listed by Debtor)" that was derived from the Notice or the Fourth Amended Schedules, as applicable.

1.162  **Other Twenty-Day Claims Settlement** means the settlement of the Other Twenty-Day Claims asserted against the Debtors.

1.163  **Owners** means working interest, royalty, and overriding royalty interest owners in oil and gas wells located in the Active States or the Inactive States.

1.164  **Person** will have the meaning set forth in section 101(41) of the Bankruptcy Code.

1.165  **Petition Date** means the Initial Petition Date; provided, however, that with respect to that Debtor which commenced its Chapter 11 Case subsequent to July 22, 2008, "Petition Date" will refer to the date on which such Chapter 11 Case was commenced.

1.166  **Pine Hollow** means a joint venture owned by SemGas and Davis Operating Company that owns and operates a low-pressure gathering system in Pittsburg County, Oklahoma.

1.167  **Plan** means the Fourth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code (including, without limitation, the Plan Supplement and all

exhibits, supplements, appendices, and schedules hereto or thereto), either in its present form or as the same may be altered, amended, modified, or supplemented from time to time in accordance with the terms and provisions of the Plan.

1.168 **Plan Cash** means all Cash and Cash Equivalents (including Restricted Cash) of the Debtors on the Effective Date, other than Minimum Operating Cash.

1.169 **Plan Currency** means the mixture of Plan Cash, Lender Cash, Second Lien Term Loan Interests, New Common Stock, Warrants (if any) and Litigation Trust Interests to be distributed to holders of Allowed Claims pursuant to the Plan.

1.170 **Plan Supplement** means the document containing the forms of documents specified in Section 23.3 of the Plan.

1.171 **Postpetition Administrative Agent** means Bank of America, N.A., as administrative agent to the Postpetition Lenders under the Postpetition Financing Agreement.

1.172 **Postpetition Financing Agreement** means the Debtor in Possession Credit Agreement, dated as of August 8, 2008, by and among SemCrude, L.P., as borrower, SemGroup, L.P., as a guarantor, SemOperating G.P., L.L.C., as a guarantor, Bank of America, N.A., as administrative agent and L/C issuer, Banc of America LLC, as sole lead arranger and sole book manager, and each lender from time to time party thereto, as entered into pursuant to the Postpetition Financing Order and as modified, amended, or extended from time to time during the Chapter 11 Cases and any of the documents and instruments related thereto.

1.173 **Postpetition Financing Claim** means any Claim against the Debtors arising under, in connection with, or related to the Postpetition Financing Agreement.

1.174 **Postpetition Financing Order** means, collectively, (a) the Interim Order (1) Authorizing Debtors to Obtain Postpetition Financing, (2) Authorizing Debtors to Use Cash Collateral, (3) Granting Adequate Protection to Prepetition Secured Parties and (4) Scheduling a Final Hearing, entered by the Bankruptcy Court on August 8, 2008 and (b) the Final Order (1) Authorizing Debtors to Obtain Postpetition Financing, (2) Authorizing Debtors to Use Cash Collateral and (3) Granting Adequate Protection to Prepetition Secured Parties, entered by the Bankruptcy Court on September 17, 2008, as each of the foregoing is modified, amended, or extended from time to time during the Chapter 11 Cases.

1.175 **Postpetition Lenders** means, collectively, the banks and other Entities that are parties to the Postpetition Financing Agreement, as lenders thereunder, and their successors and assigns.

1.176 **Prepetition Administrative Agent** means Bank of America, N.A., as administrative agent to the Prepetition Lenders under the Prepetition Credit Agreement.

1.177 **Prepetition Credit Agreement** means that certain Amended and Restated Credit Agreement, dated as of October 18, 2005 (as amended, modified, and supplemented from time to time through and including the Petition Date), among SemCrude, L.P., as U.S. borrower, and SemCams Midstream Company, as Canadian borrower, SemGroup, as a guarantor,

SemOperating G.P., L.L.C., as a guarantor, Bank of America, N.A., as administrative agent and L/C issuer, Bank of America Securities, LLC, as joint lead arranger and sole book manager, BNPP, as joint lead arranger and co-syndication agent, Bank of Montreal d/b/a "Harris Nesbitt," as co-syndication agent, Bank of Oklahoma, N.A. and The Bank of Nova Scotia, as co-documentation agents, and the lenders party thereto, and any of the documents and instruments related thereto.

1.178 **Prepetition Lenders** means, collectively, the banks and other Entities that are parties to the Prepetition Credit Agreement or have a security interest in collateral under the Prepetition Credit Agreement, as lenders or holders of swap obligations that constitute Lender Swap Obligations (as defined in the Prepetition Credit Agreement), and their successors and assigns.

1.179 **Priority Non-Tax Claim** means any Claim against the Debtors, other than an Administrative Expense Claim or a Priority Tax Claim, entitled to priority in payment in accordance with sections 507(a)(4), (5), (7), or (9) of the Bankruptcy Code, but only to the extent entitled to such priority.

1.180 **Priority Tax Claim** means any Claim of a governmental unit against the Debtors entitled to priority of payment pursuant to sections 502(i) and 507(a)(8) of the Bankruptcy Code.

1.181 **Pro Rata Share** means the proportion that a Claim bears to the sum of all Claims within such Class or group of Classes for which an allocation is being determined.

1.182 **Producer Deficiency Claims** means Claims by First Purchaser Producers with respect to which first sales were made to a Debtor in an Inactive State for amounts in excess of the related First Purchaser Producer Twenty-Day Claims.

1.183 **Producer Decisions** means the June Decisions and any Bankruptcy Court decision issued after September 20, 2009 with respect to the Producer State-Specific Adversary Proceedings for the states of New Mexico or Wyoming.

1.184 **Producer Plaintiffs** means the Producers named as plaintiffs in the Producer State-Specific Adversary Proceedings or in the Other Proceedings.

1.185 **Producer Representative** means the person appointed under Section 8.3 of the Plan to resolve any disputes as to the Allowed amount of First Purchaser Producer Twenty-Day Claims, Secured First Purchaser Producer Claims and allowance of any fees and expense reimbursement requests of Producer Plaintiffs.

1.186 **Producer State-Specific Adversary Proceedings** means the declaratory judgment actions filed in the Bankruptcy Court by certain Producers to adjudicate the threshold questions of law related to lien or trust statutes alleged to be applicable in the Active States, Colorado, Missouri, and North Dakota.

1.187 **Producers** means the operators of, and interest, royalty and overriding royalty interest owners in, oil and gas wells located in the Active or the Inactive States.

1.188  **Producers' Committee** means the committee of certain of the Producers appointed in the Chapter 11 Cases pursuant to section 1102(a)(2) of the Bankruptcy Code, as reconstituted from time to time.

1.189  **Producers' Committee Professional Fees** means an amount of up to $5.5 million for reasonable fees and expenses incurred from the Petition Date through the Effective Date by the professionals for the Producers' Committee whose retention has been approved by order of the Bankruptcy Court.

1.190  **Producers' Committee Retention Order** means the order entered by the Bankruptcy Court on December 16, 2008, authorizing the retention and employment of Andrews Kurth LLP, as counsel to the Producers' Committee.

1.191  **Producers' Settlement** means the compromise and settlement reached on September 14, 2009 among the Debtors, the Administrative Agent, the Lender Steering Committee, the Producers' Committee and the Producer Plaintiffs that is embodied in the Plan and resolves, among other things, treatment of the First Purchaser Producer Twenty-Day Claims, the Secured First Purchaser Producer Claims, and the Unsecured First Purchaser Producer Claims.

1.192  **Professional Compensation and Reimbursement Claim** means a Claim for services rendered or reimbursement of expenses incurred through and including the Effective Date pursuant to sections 503(b)(2), (3), (4), or (5) of the Bankruptcy Code.

1.193  **Proofs of Claim** means proofs of claim filed by Creditors with the Bankruptcy Court based on prepetition claims against the Debtors.

1.194  **RCRA** means the Resource Conservation and Recovery Act.

1.195  **Reclaiming Vendors** has the meaning ascribed in the Reclamation Claims Procedure Order.

1.196  **Reclamation Claims Procedure Order** means the Bankruptcy Court order, dated September 15, 2008, establishing procedures for the resolution of reclamation claims pursuant to section 546(c) of the Bankruptcy Code.

1.197  **Reclamation Notice** has the meaning ascribed in the Reclamation Claims Procedure Order.

1.198  **Reclamation Schedule** has the meaning ascribed in the Reclamation Claims Procedure Order.

1.199  **Record Date** means the date or dates established by the Bankruptcy Court in the Confirmation Order for the purpose of determining the holders of Allowed Claims entitled to receive distributions pursuant to the Plan.

1.200  **Released Actions** means (a) Causes of Action, if any, against the Prepetition Lenders, the Postpetition Lenders, the Prepetition Administrative Agent, the Postpetition

Administrative Agent and/or the holders of Swap Claims (other than J. Aron, Bank of Oklahoma and their respective affiliates) based in whole or in part on any act, omission, transaction, event, or other circumstance and arising under, in connection with, or related to the Prepetition Credit Agreement, the Postpetition Financing Agreement or otherwise arising under, in connection with, or related to the provision of services to, or transactions conducted with, any Debtor or non-Debtor affiliate and (b) any Causes of Action released pursuant to the Catsimatidis Settlement Order; provided, however, that solely for purposes of this definition, "Prepetition Lenders" and "holders of Swap Claims" will be limited to those Entities who were Prepetition Lenders and/or holders of Swap Claims at 5:00 p.m., Eastern Daylight Time, on May 14, 2009.

1.201 **Reorganized Debtors** means the Debtors on and after the Effective Date.

1.202 **Reorganized SemGroup Companies** means New Holdco and its direct and indirect subsidiaries, other than SemGroup Holdings, L.P. or any of its direct or indirect subsidiaries.

1.203 **Restricted Cash** means, collectively, the following amounts deposited into a segregated account of the Debtors pursuant to a turnover motion: (i) approximately $89.8 million deposited by J. Aron, (ii) approximately $10.7 million deposited by BP Oil Supply Company, and (iii) approximately $21.6 deposited by ConocoPhillips Company.

1.204 **Retained Causes of Action** means any Causes of Action retained by the Reorganized Debtors and not transferred to the Litigation Trust. For the avoidance of doubt, the Released Actions are not Retained Causes of Action.

1.205 **Revolver/Term Lender Claim** means a Claim of a Prepetition Lender under the Prepetition Credit Agreement arising under, in connection with, or related to the Revolver Obligations or the U.S. Term Obligations (each as defined in the Prepetition Credit Agreement).

1.206 **Revolver/Term Lender Effective Date Cash** means (i) $74 million, plus (ii) net Cash proceeds, if any, in excess of $51 million received prior to the Effective Date from the sale of assets of SemFuel, L.P. other than inventory and receivables, plus (iii) net Cash proceeds, if any, received after July 21, 2009 and prior to the Effective Date from the sales or assignments of the Revolver/Term Priority Collateral (as defined in the Prepetition Credit Agreement), plus (iv) the portion of net Cash proceeds, if any, received after July 21, 2009 and prior to the Effective Date from the sales or assignments of the Pari Passu Collateral (as defined in the Prepetition Credit Agreement) allocable to the Revolver Obligations (as defined in the Prepetition Credit Agreement) or the U.S. Term Obligations (as defined in the Prepetition Credit Agreement) in accordance with the provisions of the Prepetition Credit Agreement.

1.207 **Richards, Layton** means Richards, Layton & Finger, P.A., legal counsel to the Debtors.

1.208 **Risk Management Policy** means a risk management policy adopted by the Board or any interim policy utilized prior to Board adopting a policy that will, among other things, (i) implement limitations regarding trading such as risk limits, exposures, transaction limits and signatory limits, (ii) establish reporting obligations, and (iii) require trades to be back-to-back

transactions to limit the Reorganized SemGroup Companies' exposure to commodity price fluctuations within a to-be-defined hedge requirement percentage.

1.209 **Ritchie Capital** means Ritchie Capital Management, LLC.

1.210 **Sarbanes-Oxley Act** means The Sarbanes-Oxley Act of 2002 (Pub.L. 107-204, enacted July 30, 2002).

1.211 **Schedules** means the schedules of assets and prepetition liabilities, the lists of holders of Equity Interests, and the statements of financial affairs filed by the Debtors in accordance with section 521 of the Bankruptcy Code, Bankruptcy Rule 1007, and the Official Forms of the Bankruptcy Rules, as such schedules and statements have been or may be amended or supplemented on or prior to the Confirmation Date.

1.212 **SEC** means the U.S. Securities and Exchange Commission.

1.213 **Second Lien Term Loan Facility** means the secured second lien term loan facility to be entered into by certain of the Reorganized Debtors and the Prepetition Lenders in connection with the consummation of the Plan and effective on the Effective Date, pursuant to which the Prepetition Lenders will be deemed to have loaned $300 million in aggregate principal amount to the Reorganized Debtors on such terms as are described in the Plan Supplement.

1.214 **Second Lien Term Loan Interest** means a participation interest in the Second Lien Term Loan Facility.

1.215 **Secured Claim** means a Claim against the Debtors (a) secured by a Lien on Collateral or (b) subject to setoff under sections 553, 555, 556, 559, 560, and 561 of the Bankruptcy Code, in each case to the extent of the value of the Collateral or to the extent of the amount subject to setoff, as applicable, as determined in accordance with section 506(a) of the Bankruptcy Code or as otherwise agreed to, in writing, by the Debtors or the Reorganized Debtors, as the case may be, and the holder of such Claim; provided, however, that, to the extent that the value of such interest is less than the amount of the Claim which has the benefit of such security, the unsecured portion of such Claim will be treated as an Unsecured Claim unless, in any such case, the Class of which such Claim is a part makes a valid and timely election in accordance with section 1111(b) of the Bankruptcy Code to have such Claim treated as a Secured Claim to the extent allowed.

1.216 **Secured First Purchaser Producer Claims** means Claims asserted by First Purchaser Producers against Debtors with respect to which fist sales were made to a Debtor in an active state for amounts in excess of such related First Purchaser Producers Twenty-Day Claims as set forth on Schedule 2 entitled "Secured First Purchaser Producer Claims (Listed by Debtors)" that was derived from the Fourth Amended Schedules.

1.217 **Secured Lender Claims** means Secured Working Capital Lender Claims and Secured Revolver/Term Lender Claims.

1.218  **Secured Revolver/Term Lender Claim** means a Revolver/Term Lender Claim to the extent of the value of the Prepetition Lender's Collateral that is allocable to the respective claim in accordance with the provisions of the Prepetition Credit Agreement.

1.219  **Secured Tax Claim** means any Secured Claim that, absent its secured status, would be entitled to priority in right of payment under section 507(a)(8) of the Bankruptcy Code.

1.220  **Secured Working Capital Lender Claim** means a Working Capital Lender Claim to the extent of the value of the Prepetition Lender's Collateral that is allocable to the respective claim in accordance with the provisions of the Prepetition Credit Agreement.

1.221  **Securities Act** means the United States Securities Act of 1933, as amended.

1.222  **Securities Exchange Act** means the United States Securities Exchange Act of 1934, as amended.

1.223  **SemCAMS** means SemCanada II, L.P., an Oklahoma limited liability company, and its subsidiaries.

1.224  **SemCAMS ULC** means SemCAMS ULC, a privately-held unlimited liability company incorporated under the Nova Scotia Companies Act.

1.225  **SemCAMS ULC Plan** means the Plan of Arrangement and Reorganization filed by SemCAMS ULC under the CCAA on July 24, 2009, as such plan may be amended, varied or supplemented by SemCAMS ULC from time to time.

1.226  **SemCanada Crude** means SemCanada, L.P., an Oklahoma limited liability company, and its subsidiaries.

1.227  **SemCanada Energy** means SemCanada Energy Company, a privately-held unlimited liability company incorporated under the Nova Scotia Companies Act.

1.228  **SemCanada Energy Group** means SemCanada Energy, A.E. Sharp Ltd., and CEG Energy Options, Inc.

1.229  **SemCanada Energy Claim** means in the event that the SemCanada Energy Plan is not approved by the requisite majorities of creditors of SemCanada Energy, A.E. Sharp Ltd. and CEG Energy Options, Inc. or the SemCanada Energy Plan is not sanctioned by the Alberta Court, an unsecured principal amount of $200,000,000 of the Secured Lender Claims against the Debtors, which shall be solely collected from and enforced against SemCanada Energy, A.E. Sharp Ltd. and CEG Energy Options, Inc. (including any security interest granted by SemCanada Energy, A.E. Sharp Ltd. and CEG Energy Options, Inc.) and without recourse to the Debtors, SemCAMS ULC and SemCanada Nova Scotia.

1.230  **SemCanada Energy Plan** means the Consolidated Plan of Distribution filed by SemCanada Energy, A.E. Sharp Ltd. and CEG Energy Options, Inc. under the CCAA on July 24, 2009, as such plan may be amended, varied or supplemented by SemCanada Energy, A.E. Sharp Ltd. and CEG Energy Options, Inc. from time to time.

1.231 **SemCanada Nova Scotia** means SemCanada Crude Company, a privately-held unlimited liability company incorporated under the Nova Scotia *Companies Act*.

1.232 **SemCanada Nova Scotia Plan** means the Plan of Arrangement and Reorganization filed by SemCanada Nova Scotia under the CCAA on July 24, 2009, as such plan may be amended, varied or supplemented by SemCanada Nova Scotia from time to time.

1.233 **SemCanada Group** means SemCanada Nova Scotia, SemCAMS ULC, and the SemCanada Energy Group.

1.234 **SemCap** means SemCap, L.L.C., an Oklahoma limited liability company.

1.235 **SemCap Schedules** means the schedules of assets and liabilities filed by SemCap with the Bankruptcy Court, which listed all outstanding prepetition claims held against SemCap as reflected in SemCap's books and records.

1.236 **SemCrude** means SemCrude, L.P., a Delaware limited partnership.

1.237 **SemCrude Pipeline** means SemCrude Pipeline, L.L.C., a Delaware limited liability company.

1.238 **SemEuro** means SemGroup Europe Holding, L.L.C., a Delaware limited liability company.

1.239 **SemEuro Credit Agreement** means the Senior Secured Working Capital and Revolving Facility Agreement, dated as of September 29, 2006, by and between, *inter alia*, SemEuro Limited and BNP Paribas, as agent, security agent and lender.

1.240 **SemEuro Financing** means the credit agreement to refinance the SemEuro Credit Agreement by either new lenders or the lenders of the SemEuro Credit Agreement, in either case at market terms.

1.241 **SemEuro Limited** means SemEuro Limited, a company organized under the laws of England and Wales.

1.242 **SemFuel** means SemFuel, L.P., a Texas limited partnership, and its subsidiary.

1.243 **SemGas** means SemGas, L.P., an Oklahoma limited partnership, and its direct and indirect subsidiaries.

1.244 **SemGroup** means SemGroup, L.P., an Oklahoma limited partnership.

1.245 **SemGroup Companies** means SemGroup and all of its direct and indirect subsidiaries other than SemGroup Holdings and its direct and indirect subsidiaries.

1.246 **SemGroup Equity Interest** means an Equity Interest in SemGroup.

1.247 **SemGroup Finance** means SemGroup Finance Corp., a Delaware corporation, which will be renamed SemGroup Holdings Inc. and become New Holdco.

1.248 **SemGroup Holdings** means SemGroup Holdings, L.P.

1.249 **SemGroup Holdings Loan Agreement** means the Loan Agreement, dated as of June 25, 2008, by and among SemGroup Holdings, Manchester Securities Corporation and Alerian Finance Partners.

1.250 **SemLogistics** means SemLogistics Milford Haven Limited, a company formed under the laws of England and Wales.

1.251 **SemMaterials** means SemMaterials L.P., an Oklahoma limited partnership.

1.252 **SemMexico** means SemMexico, LLC, an Oklahoma limited liability company, and its subsidiaries.

1.253 **SemStream** means SemStream, L.P., a Delaware limited partnership, and its subsidiary.

1.254 **SemStream Arizona** means SemStream Arizona Propane, L.L.C., a Delaware limited liability company.

1.255 **Senior Notes** means the 8.75% senior unsecured notes in the original principal amount of $600 million issued pursuant to the Senior Notes Indenture.

1.256 **Senior Notes Claim** means any Claim against the Debtors arising under, in connection with, or related to the Senior Notes Indenture, including, without limitation, any Claims arising from any guarantees under the Senior Notes Indenture.

1.257 **Senior Notes Indenture** means that certain indenture, dated as of November 18, 2005 (as amended, modified, and supplemented from time to time through and including the Petition Date), by and among SemGroup and SemGroup Finance, as issuers, and the Senior Notes Indenture Trustee.

1.258 **Senior Notes Indenture Charging Lien** means any Lien or other priority in payment or right available to the Senior Notes Indenture Trustee pursuant to the Senior Notes Indenture or otherwise available to the Senior Notes Indenture Trustee under applicable law, for, among other things, the payment of the Senior Notes Indenture Trustee Fees.

1.259 **Senior Notes Indenture Trustee** means HSBC Bank USA, N.A. (as successor to Wells Fargo Bank, National Association), as trustee under the Senior Notes Indenture.

1.260 **Senior Notes Indenture Trustee Fees** means an amount of up to $750,000, for the Senior Notes Indenture Trustee's reasonable fees and expenses incurred prior to the Effective Date, including the reasonable fees and disbursements of the Senior Notes Indenture Trustee's attorneys and agents.

1.261 **September 15 Order** means the Order Establishing Procedures for the Resolution of Administrative Claims Asserted Pursuant to Section 503(b)(9) of the Bankruptcy Code and

Regarding Payments for Post-Petition Purchases (Docket No. 1376), entered by the Bankruptcy Court on September 15, 2008.

1.262 **Settling Party** means any Creditor who opts into the Other Twenty-Day Claims Settlement.

1.263 **Severance Program** means the employee severance program implemented by the Debtors and approved by the Bankruptcy Court on August 19, 2008.

1.264 **SGGP** means SemGroup G.P., L.L.C., an Oklahoma limited liability company.

1.265 **SGGP Operating Agreement** means Second Amended and Restated Operating Agreement of SGGP, dated as of January 25, 2005.

1.266 **SGLP** means SemGroup Energy Partners, L.P., a Delaware limited partnership.

1.267 **Sixth Amendment** means the Sixth Amendment to the Postpetition Financing Agreement, dated as of April 23, 2009, by and among SemCrude, SemGroup, SemOperating G.P., Bank of America, N.A., Banc of America Securities LLC, and the lenders that are from time to time party thereto.

1.268 **Special Committee** means the Special Committee of the Management Committee of SemGroup.

1.269 **Swap Claim** means an Unsecured Claim of a Prepetition Lender or an Affiliate (as defined in the Prepetition Credit Agreement) of a Prepetition Lender in respect of a Swap Contract (as defined in the Prepetition Credit Agreement) that is not a Lender Swap Obligation (as defined in the Prepetition Credit Agreement).

1.270 **Tax Code** means the Internal Revenue Code of 1986, as amended from time to time.

1.271 **TEA** means Tulsa Energy Acquisitions, LLC.

1.272 **TEV** means total enterprise value.

1.273 **Third Circuit Appeals** means the appeals pending in the Third Circuit Court of Appeals with respect to the June Decisions.

1.274 **TIN** means taxpayer identification number.

1.275 **Trading Protocol** means the trading protocol approved by the DIP Agent and DIP Lenders under the Postpetition Financing Agreement.

1.276 **Twenty-Day Claim** means any Claim (whether secured or unsecured) for the value of any goods received by a Debtor within twenty (20) days before the Petition Date in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business.

1.277  **Twenty-Day Claims Procedures Order** means the Bankruptcy Court Order, dated September 15, 2008, as modified by the Bankruptcy Court Order entered on June 2, 2009, establishing procedures for the resolution of administrative Claims asserted pursuant to section 503(b)(9) of the Bankruptcy Code and regarding payments for postpetition purchases.

1.278  **Undisputed Production Receivable** means any account receivable of the Debtors arising from the sale of crude oil or natural gas after application of any counterparty's asserted right of setoff or other defense.

1.279  **Unsecured Claim** means any Claim against the Debtors, other than an Administrative Expense Claim, a Secured Claim, a Professional Compensation and Reimbursement Claim, or a Priority Tax Claim.

1.280  **Unsecured First Purchaser Producer Claims** means (a) Claims by First Purchaser Producers with respect to which first sales were made to a Debtor in an Inactive State for amounts in excess of such First Purchaser Producers' Twenty-Day Claims and (b) suspense amounts related to Claims of First Purchaser Producers with respect to wells that had first sales to the Debtors prior to December 1, 2007 as listed on Schedule F of the Plan.

1.281  **UREC** means United Refining Energy Corp.

1.282  **US Term Lender Group** means the ad hoc group of holders of US Term Loans and Revolver Loans (each as defined in the Prepetition Credit Agreement) formed in July 2008 and represented throughout the Chapter 11 Cases by Ropes & Gray LLP and Saul Ewing LLP, as constituted from time to time, and currently comprised of those holders of US Term Loans and Revolver Loans (each as defined in the Prepetition Credit Agreement) set forth in the Rule 2019 Statement (Ropes & Gray LLP and Saul Ewing LLP) filed by SemCrude US Term Lender Group (Docket No. 4335).

1.283  **US Term Lender Group Fees** means an amount of up to $930,000 for reasonable fees and expenses incurred from the Petition Date through July 15, 2009 by the professionals for the US Term Lender Group, consisting of Ropes & Gray LLP, Alvarez & Marsal, Saul Ewing LLP and Duff & Phelps.

1.284  **Voting Deadline** means 4:00 p.m. Prevailing Eastern Time on October 21, 2009.

1.285  **Warrant Agreement** means the agreement governing the issuance of the Warrants, substantially in the form contained in the Plan Supplement.

1.286  **Warrants** means warrants to purchase shares of New Common Stock issued by New Holdco pursuant to the Warrant Agreement.

1.287  **Westback** means Westback Purchasing Company, L.L.C.

1.288  **WGM** means Weil, Gotshal & Manges LLP, legal counsel to the Debtors.

1.289  **White Cliffs** means White Cliffs Pipeline, L.L.C., a Delaware limited liability company.

1.290 **White Cliffs Credit Agreement** means that certain credit agreement, dated as of June 17, 2008 (as amended, modified, and supplemented from time to time through and including the Petition Date), among SemCrude Pipeline, as borrower, General Electric Capital Corporation, as administrative agent, and the lenders party thereto, consisting of (i) a $60 million revolving credit facility and (ii) a $60 million term loan facility, and any of the documents and instruments related thereto.

1.291 **White Cliffs Credit Agreement Claim** means any Claim against the Debtors arising under, in connection with, or related to the White Cliffs Credit Agreement.

1.292 **White Cliffs Financing** means the credit agreement, to be effective on the Effective Date, to refinance the White Cliffs Credit Agreement by either new lenders or the lenders of the White Cliffs Credit Agreement, in either case at market terms.

1.293 **Working Capital Lender Claim** means a Claim of a Prepetition Lender (or an Affiliate (as defined in the Prepetition Credit Agreement) thereof) arising under, in connection with, or related to the Working Capital Obligations (as defined in the Prepetition Credit Agreement) under the Prepetition Credit Agreement (or, in the case of a Working Capital Obligation that is also a Lender Swap Obligation (as defined in the Prepetition Credit Agreement), the related Swap Contract (as defined in the Prepetition Credit Agreement)).

1.294 **Working Capital Lender Effective Date Cash** means (i) all Lender Cash as of the Effective Date, minus (ii) Revolver/Term Lender Effective Date Cash.

1.295 **Wyckoff** means Wyckoff Gas Storage Company, LLC, a Delaware limited liability company.