# Exhibit C

## Disclosure Statement and Voting Procedures Order

[To be Provided]