# Exhibit F

## Debtors' Preliminary Schedule of Suspense Liabilities

## Preliminary Report of the Debtor's Scheduled Suspense Liabilities by State

(This is a preliminary report based on the Debtors' books and records. This preliminary report is subject to change and other material adjustments.)

| | CO | KS | LA | MT | ND | NE | NM | OK | TX | WY | UNKNOWN * | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EaglWing | $ 93,698 | $ 5,218,488 | - | - | $ 132,899 | - | - | $ 72,511 | $ 2,764,200 | $ 3,997 | $ 503,993 | $ 8,789,787 |
| SemCrude | 69,217 | 4,438,938 | 55,625 | 841 | 109,870 | 116,766 | 163,807 | 27,735,385 | 1,872,582 | - | 1,675,651 | 36,238,682 |
| SemGas | - | 21,093 | - | - | - | - | - | 785,129 | 94,482 | - | 38,274 | 938,979 |
| Total | $ 162,915 | $ 9,678,519 | $ 55,625 | $ 841 | $ 242,769 | $ 116,756 | $ 163,807 | $ 28,593,025 | $ 4,731,264 | $ 3,997 | $ 2,217,918 | $ 45,967,448 |

*The "Unknown" category reflects suspense amounts for which the Debtors have been unable to make a preliminary assessment regarding the origination of the underlying crude oil or natural gas.