IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11
                                                               :
SEMCRUDE, L.P., *et al.*,[1]                                   :   Case No. 08-11525 (BLS)
                                                               :   (Jointly Administered)
                        Debtors.                               :
                                                               :
---------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Greg Barlage, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On September 21, 2009, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail on the service list attached hereto as **Exhibit A**:

- **Notice of Hearing to Consider Approval of Disclosure Statement for Third Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code** [Docket No. 5358]


Dated: September 25, 2009

                                                                                  Greg Barlage

State of California
County of Los Angeles


Subscribed and sworn to (or affirmed) before me on this 25th day of September, 2009, by Greg Barlage, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

GARY CHRISTENSEN
Commission # 1620624
Notary Public - California
Yolo County
My Comm. Expires Nov 12, 2009

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: SemCrude, L.P. (7524), Chemical Petroleum Exchange, Incorporated (8866), Eaglwing, L.P. (7243), Grayson Pipeline, L.L.C. (0013), Greyhawk Gas Storage Company, L.L.C. (4412), K.C. Asphalt L.L.C. (6235), SemCanada II, L.P. (3006), SemCanada L.P. (1091), SemCrude Pipeline, L.L.C. (9811), SemFuel Transport LLC (6777), SemFuel, L.P. (1015), SemGas Gathering LLC (4203), SemGas Storage, L.L.C. (0621), SemGas, L.P. (1095), SemGroup Asia, L.L.C. (5852), SemGroup Finance Corp. (3152), SemGroup, L.P. (2297), SemKan, L.L.C. (8083), SemManagement, L.L.C. (0772), SemMaterials Vietnam, L.L.C. (5931), SemMaterials, L.P. (5443), SemOperating G.P., L.L.C. (5442), SemStream, L.P. (0859), SemTrucking, L.P. (5355), and Steuben Development Company, L.L.C. (9042).

# Exhibit A


Exhibit A
Served via First Class Mail

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Davis Coin Sellers Jr | | 1500 Pacheco St Apt 301 | Santa Fe | NM | 87505-4919 |
| Marscilla Bohannon Life Estate | | 15596 Interstate 45 S | Conroe | TX | 77384-4134 |
| Maynard Tom | | 40103 Farm Rd | Gonzales | LA | 70737-6537 |
| Native Amer Tr | Attn Larry Lebarre | 7518 Middlewood St | Houston | TX | 77063-1806 |
| Virginia Claiborne | | 105 E Main St Apt 214 | Payson | AZ | 85541-5949 |
| Virtual Communications Specialists LLC | | 113 N Murchison St | Athens | TX | 75751-2109 |

