IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re                                       :      Chapter 11
:
SEMCRUDE, L.P., *et al.*,                   :      Case No. 08-11525 (BLS)
:
Debtors.                         :      Jointly Administered
:
------------------------------------------------------------x

## PLAN SUPPLEMENT TO FOURTH AMENDED JOINT PLAN OF AFFILIATED DEBTORS PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Mark D. Collins
John H. Knight
(302) 651-7700

- and -

WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Martin A. Sosland
Sylvia A. Mayer
(214) 746-7700

*ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION*

Dated: October 9, 2009

# TABLE OF CONTENTS

| TAB NO. | DOCUMENT |
|---|---|
| 1(A) | Executory Contracts to be Assumed |
| 1(B) | Unexpired Leases to be Assumed |
| 2 | Exit Facility Term Sheet |
| 3 | Form of Litigation Trust Agreement |
| 4 | Form of Management Incentive Plan |
| 5 | Form of New Holdco Bylaws |
| 6 | Form of New Holdco Certificate of Incorporation |
| 7 | Second Lien Term Loan Facility Term Sheet |
| 8 | Form of Contributing Lender Assignment |
| 9 | Form of Warrant Agreement |
| 10 | Terms and Conditions of Refinancing of White Cliffs Credit Agreement |
| 11 | Identity of Executive Officers |
| 12 | Terms and Conditions Applicable to Producer Representative |
| 13 | List of Pending Causes of Action To Be Transferred to the Litigation Trust |