IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re                                                          :  Chapter 11
                                                               :
SEMCRUDE, L.P., et al.,[1]                                     :  Case No. 08-11525 (BLS)
                                                               :  (Jointly Administered)
                    Debtors.                                   :
                                                               :
---------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Monika Parel, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On or before October 14, 2009, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail on the service list attached hereto as **Exhibit A**:

- **Notice of Hearing to Consider Approval of Disclosure Statement for Third Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code** [Docket No. 5358]

Dated: October 16, 2009

/s/ Monika Parel
Monika Parel

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 16th day of October, 2009, by Monika Parel, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

GARY CHRISTENSEN
Commission # 1620624
Notary Public - California
Yolo County
My Comm. Expires Nov 12, 2009

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: SemCrude, L.P. (7524), Chemical Petroleum Exchange, Incorporated (8866), Eaglwing, L.P. (7243), Grayson Pipeline, L.L.C. (0013), Greyhawk Gas Storage Company, L.L.C. (4412), K.C. Asphalt L.L.C. (6235), SemCanada II, L.P. (3006), SemCanada L.P. (1091), SemCrude Pipeline, L.L.C. (9811), SemFuel Transport LLC (6777), SemFuel, L.P. (1015), SemGas Gathering LLC (4203), SemGas Storage, L.L.C. (0621), SemGas, L.P. (1095), SemGroup Asia, L.L.C. (5852), SemGroup Finance Corp. (3152), SemGroup, L.P. (2297), SemKan, L.L.C. (8083), SemManagement, L.L.C. (0772), SemMaterials Vietnam, L.L.C. (5931), SemMaterials, L.P. (5443), SemOperating G.P., L.L.C. (5442), SemStream, L.P. (0859), SemTrucking, L.P. (5355), and Steuben Development Company, L.L.C. (9042).

# Exhibit A

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Audrey Gillin Trust | 17300 Dallas Pkwy Ste 2050 | Dallas | TX | 75248-1250 |
| Route 66 Holdings LLC | 20 East Ave Ext | Hornell | NY | 14843 |
| Skyline Farms LLC | 20 East Ave Ext | Hornell | NY | 14843 |

In re: SemCrude, LP., et al.
Case No. 08-11525 (BLS)

1 of 1