IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re                                                   :    Chapter 11
:
SEMCRUDE, L.P., *et al.*,[1]                            :    Case No. 08-11525 (BLS)
:    (Jointly Administered)
Debtors.                                                :
:
---------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Greg Barlage, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On October 26, 2009, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail on the service list attached hereto as **Exhibit A**:

- **Notice of Hearing to Consider Approval of Disclosure Statement for Third Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code** [Docket No. 5358]

Dated: October 30, 2009

_____
Greg Barlage

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 30th day of October, 2009, by Greg Barlage, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

AIMEE M. PAREL
COMM. # 1866499
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES SEPT. 27, 2013

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: SemCrude, L.P. (7524), Chemical Petroleum Exchange, Incorporated (8866), Eaglwing, L.P. (7243), Grayson Pipeline, L.L.C. (0013), Greyhawk Gas Storage Company, L.L.C. (4412), K.C. Asphalt L.L.C. (6235), SemCanada II, L.P. (3006), SemCanada L.P. (1091), SemCrude Pipeline, L.L.C. (9811), SemFuel Transport LLC (6777), SemFuel, L.P. (1015), SemGas Gathering LLC (4203), SemGas Storage, L.L.C. (0621), SemGas, L.P. (1095), SemGroup Asia, L.L.C. (5852), SemGroup Finance Corp. (3152), SemGroup, L.P. (2297), SemKan, L.L.C. (8083), SemManagement, L.L.C. (0772), SemMaterials Vietnam, L.L.C. (5931), SemMaterials, L.P. (5443), SemOperating G.P., L.L.C. (5442), SemStream, L.P. (0859), SemTrucking, L.P. (5355), and Steuben Development Company, L.L.C. (9042).

# Exhibit A

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Yellow Pages United | PO Box 53251 | Atlanta | GA | 30355-8000 |

In re: SemCrude, L.P., et al.
Case No. 08-11525 (BLS)

1 of 1