# Exhibit C

# First Purchaser Producer Twenty-Day Claims
(Listed By Debtor)

| Debtor | Supplier | Amount |
|---|---|---|
| SemCrude | IPACT | $16,968.50 |
| SemCrude | J & D INVESTMENTS | $81,602.06 |
| SemCrude | J B HERRMANN OIL & GAS | $19,738.12 |
| SemCrude | J D PITTMAN | $26,985.96 |
| SemCrude | J D PRODUCTION COMPANY | $21,526.52 |
| SemCrude | J H BOLAND | $19,614.90 |
| SemCrude | J&J SERVICES COMPANY | $20,253.17 |
| SemCrude | JACK CORMAN | $20,053.56 |
| SemCrude | JACK EXPLORATION INC | $163,860.17 |
| SemCrude | JACK L HADDOCK | $19,544.39 |
| SemCrude | JACK THOMPSON | $19,080.65 |
| SemCrude | JACKIE THOMPSON | $19,451.01 |
| SemCrude | JACKSON BROTHERS LLC | $108,028.02 |
| SemCrude | JAMES ALLEN MCGAUGHEY | $17,764.54 |
| SemCrude | JAMES D BULLARD | $15,032.54 |
| SemCrude | JAMES H. AND ESTER M. BURT | $3,229.63 |
| SemCrude | JAMES W OWENS | $41,550.55 |
| SemCrude | JANUARY INVESTMENTS L.L.C. | $19,800.13 |
| SemCrude | JASON OIL COMPANY LLC | $283,886.55 |
| SemCrude | JAYHAWK ENERGY INC | $299,701.47 |
| SemCrude | JEC OPERATING LLC | $21,352.19 |
| SemCrude | JEFFRIES PUMPING SERVICE INC | $20,582.88 |
| SemCrude | JIM AND JULIE MARTIN | $39,949.04 |
| SemCrude | JIMMY R CHATHAM | $99,796.26 |
| SemCrude | JMA ENERGY COMPANY LLC | $1,271,411.43 |
| SemCrude | JOE B CLIFTON | $20,339.09 |
| SemCrude | JOE B CLIFTON EXPLORATION INC | $19,913.35 |
| SemCrude | JOE BOB KELLEY AND/OR VICTOR SLONE JR | $19,481.94 |
| SemCrude | JOE E SHARBER | $38,465.14 |
| SemCrude | JOHN D PITMAN | $23,419.17 |
| SemCrude | JOKERS WILD ENERGY LLC | $19,717.49 |
| SemCrude | JORDAN & JORDAN OIL CO | $84,034.23 |