IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEMCRUDE, L.P., <u>et al.</u>, | : | Case Nos. 08-11525 (BLS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | |

LIMITED OBJECTION TO
PRODUCER REPRESENTATIVE'S FIRST SUBSTANTIVE OMNIBUS
OBJECTION TO FIRST PURCHASER PRODUCER TWENTY-DAY CLAIMS
AND
PRODUCER REPRESENTATIVE'S SECOND SUBSTANTIVE OMNIBUS
OBJECTION TO FIRST PURCHASER PRODUCER TWENTY-DAY CLAIMS

COMES NOW, Daystar Petroleum, Inc.; DE Exploration, Inc.; Dunne Equities, Inc.; Landmark Resources, Inc.; Mull Drilling Company, Inc.; Osborn Heirs Company; Ritchie Exploration, Inc.; Tempest Energy Resources LP; Thoroughbred Associates, L.L.C.; Viking Resources, Inc.; Vincent Oil Corporation; White Exploration, Inc.; White Pine Petroleum Corporation; Red Oak Energy, Inc.; Calvin Noah Oil Co.; Mid-Continent Energy Corp.; Molitor Oil, Inc.; VJI Natural Resources and/or VJI Natural Resources, Inc.; J&D Investment Company; Slawson Exploration Company, Inc.; Braden-Deem Inc.; Oil Company of America, Inc.; CMX, Inc.; McGinness Oil Company of Kansas, Inc.; Clark Exploration, Co.; W.D. Short Oil Co. L.L.C.; Short & Short L.L.C.; Gra Ex LLC; Wellstar Corporation; Double Eagle Exploration, Inc.; Drillers & Producers, Inc.; Central Operating, Inc.; Randon Production Company, Inc.; Ross Hoener, Inc.; Prolific Resources LLC; Great Plains Energy, Inc.; Lario Oil and Gas Company; Pickrell Drilling Company, Inc.; and KLM Exploration Co. ("Certain Producers") and hereby submits their Limited Objection to the Producer Representative's First and Second substantive

3441254-1

omnibus objections to first purchaser producer twenty-day claims. In support of the limited objection, these Certain Producers state as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over the Objections and Certain Producers' requests in this Response pursuant to 28 U.S.C. §§ 1334 and 157. This matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), (B) & (O). Venue is proper in this district pursuant 28 U.S.C. § 1409.

## RELIEF REQUESTED

2. Pursuant to 11 U.S.C. §§ 501 and 502 and Fed. R. Bankr. P. 3003(c)(3) and 9006(b)(1), Claimant Certain Producers respectfully requests that this Court exercise its discretion to overrule the claims objections as to Certain Producers' claims.

## DISCUSSION

3. Prior to the Producer Representative's filing of his First and Second Omnibus objections, these Certain Producers have been in communication with the Producer Representative in an effort to resolve the objections listed in the Producer Representative's objections. Those communications have continued after the objections were filed.

4. The majority of the objections have since been resolved and the producers and Producer Representative are in the process of finalizing the settlement agreements. For those producers, this limited objection will merely serve as a reservation of rights to challenge the objection should the parties settlement efforts fail.

5. Of these Certain Producers, only Lario Oil and Gas Company, Pickrell Drilling Company, Inc., and KLM Exploration Co. have not reached agreements as to

treatment of their claims with the Producer Representative.  However, these producers and the Producer Representative continue to communicate and the objections are near resolution.  For those producers, this limited objection will serve to notify the Court and the Producer Representative that Lario, Pickrell and KLM will stand by their Administrative proofs of claim and previously filed objections until such time as the parties can reach an agreement settling the Producer Representative's objections.

## CONCLUSION

6. For the reasons set forth above, Certain Producers respectfully request that this Court enter an order overruling the objections.

WHEREFORE, Certain Producers respectfully request entry of an order (i) denying the objections as to Certain Producers' Claims and (ii) granting such other and further relief as may be appropriate.

DATED: January 14, 2010
Wilmington, Delaware

**RAWLE & HENDERSON, LLP**

*/s/ Gary F. Seitz*
Gary F. Seitz (No. 4457)
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, Delaware 19899-0588
Telephone: (302) 788-1200
Facsimile: (302) 778-1400
gseitz@rawle.com
*Local counsel for Certain Producers Daystar Petroleum, Inc.; DE Exploration, Inc.; Dunne Equities, Inc.; Landmark Resources, Inc.; Mull Drilling Company, Inc.; Osborn Heirs Company; Ritchie Exploration, Inc.; Tempest Energy Resources LP; Thoroughbred Associates, L.L.C.; Viking Resources, Inc.; Vincent Oil*

*Corporation; White Exploration, Inc.; White Pine Petroleum Corporation; Red Oak Energy, Inc.; Calvin Noah Oil Co.; Mid-Continent Energy Corp.; Molitor Oil, Inc.; VJI Natural Resources and/or VJI Natural Resources, Inc.; J&D Investment Company; Slawson Exploration Company, Inc.; Braden-Deem Inc.; Oil Company of America, Inc.; CMX, Inc.; McGinness Oil Company of Kansas, Inc.; Clark Exploration, Co.; W.D. Short Oil Co. L.L.C.; Short & Short L.L.C.; Gra Ex LLC; Wellstar Corporation; Double Eagle Exploration, Inc.; Drillers & Producers, Inc.; Central Operating, Inc.; Randon Production Company, Inc.; Ross Hoener, Inc.; Prolific Resources LLC; Great Plains Energy, Inc.; Lario Oil and Gas Company; Pickrell Drilling Company, Inc.; and KLM Exploration Co.*

-and-

**MARTIN, PRINGLE, OLIVER, WALLACE & BAUER, L.L.P.**

*/s/ Martin W. Bauer*
Martin W. Bauer - KS # 08629
Jeff Kennedy - KS #12099
W. Rick Griffin - KS #21628
100 N. Broadway, Suite 500
Wichita, Kansas 67202
(316) 265-9311
(316) 265-2955 FAX

*Lead counsel counsel for Certain Producers Daystar Petroleum, Inc.; DE Exploration, Inc.; Dunne Equities, Inc.; Landmark Resources, Inc.; Mull Drilling Company, Inc.; Osborn Heirs Company; Ritchie Exploration, Inc.; Tempest Energy Resources LP; Thoroughbred Associates, L.L.C.;*

*Viking Resources, Inc.; Vincent Oil Corporation; White Exploration, Inc.; White Pine Petroleum Corporation; Red Oak Energy, Inc.; Calvin Noah Oil Co.; Mid-Continent Energy Corp.; Molitor Oil, Inc.; VJI Natural Resources and/or VJI Natural Resources, Inc.; J&D Investment Company; Slawson Exploration Company, Inc.; Braden-Deem Inc.; Oil Company of America, Inc.; CMX, Inc.; McGinness Oil Company of Kansas, Inc.; Clark Exploration, Co.; W.D. Short Oil Co. L.L.C.; Short & Short L.L.C.; Gra Ex LLC; Wellstar Corporation; Double Eagle Exploration, Inc.; Drillers & Producers, Inc.; Central Operating, Inc.; Randon Production Company, Inc.; Ross Hoener, Inc.; Prolific Resources LLC; Great Plains Energy, Inc.; Lario Oil and Gas Company; Pickrell Drilling Company, Inc.; and KLM Exploration Co.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| SEMCRUDE, L.P., <u>et al.</u>, | : | Case Nos. 08-11525 (BLS) |
| Debtors. | : | Jointly Administered |

### ORDER DEEMING OBJECTIONS TO CLAIMS OVERRULED

Upon consideration of the Producer Representative's First Substantive Omnibus Objection to First Purchaser Producer Twenty-Day Claims and Producer Representative's Second Substantive Omnibus Objection to First Purchaser Producer Twenty-Day Claims limited objection and request to overrule the objections to Certain Producers' claims; and it appearing that this Court has jurisdiction over this matter; and it appearing that due and adequate notice of the objection and response having been given; and that no other or further notice need be provided; and it further appearing that on balance the relief requested by Certain Producers is appropriate; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that the Objection is denied with respect to the claim of Certain Producers; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.

Dated: _____, 2010

_____
The Honorable Brendan L. Shannon
United States Bankruptcy Judge

3441254-1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEMCRUDE, L.P., <u>et al.</u>, | : | Case Nos. 08-11525 (BLS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 14, 2010, I caused to be served a true and correct copy of the foregoing **LIMITED OBJECTION TO PRODUCER REPRESENTATIVE'S FIRST SUBSTANTIVE OMNIBUS OBJECTION TO FIRST PURCHASER PRODUCER TWENTY-DAY CLAIMS AND PRODUCER REPRESENTATIVE'S SECOND SUBSTANTIVE OMNIBUS OBJECTION TO FIRST PURCHASER PRODUCER TWENTY-DAY CLAIMS**, via electronic filing upon the parties entered in this matter.

RAWLE & HENDERSON, LLP

By: /s/ Gary F. Seitz
Gary F. Seitz (No. 4457)
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, Delaware 19899-0588
Telephone: (302) 788-1200
Facsimile: (302) 778-1400
gseitz@rawle.com

3441254-1