# **<u>Exhibit A</u>**

In re: SemCrude, L.P.
Case No. 08-11525(BLS)

| Applicant | Role | Compensation Period | Fee Amount Requested | Expense Amount Requested | Fee Auditor's Recommended Reductions | Final Fee Approval[1] | Final Expense Approval |
|---|---|---|---|---|---|---|---|
| Warren H. Smith & Associates, P.C. | Fee Auditor | 10/23/08 - 11/30/09 | $433,020.00 | $4,114.59 | N/A | $433,020.00 | $4,114.59 |
| Lain, Faulkner & Co, P.C. | Forensic Accountant to the Official Producers' Committee | 11/4/08 - 11/30/09 | $1,415,941.00 | $22,877.18 | $11,418.00 fees $1,385.38 exp. | $1,404,523.00 | $21,491.80 |
| Stinnett & Associates, LLC | Sarbanes-Oxley Consultants to the Debtors | 3/14/09 - 11/30/09 | $368,100.00 | $0.00 | $3,084.00 fees $0.00 exp. | $365,016.00 | $0.00 |
| PA Consulting Group, Inc. | Energy Industry Consultants to the Debtors | 8/7/08 - 11/30/09 | $8,967,561.25 | $641,963.68 | $81,565.75 fees $12,342.74 exp. | $8,885,995.50 | $629,620.94 |
| Bifferato LLC (f/k/a Bifferato Gentilotti LLC) | Special Conflict Counsel to the Debtors | 7/22/08 - 11/30/09 | $95,548.00 | $71,246.85 | $0.00 fees $0.00 exp. | $95,548.00 | $71,246.85 |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. | Co-Counsel to the Official Producers' Committee | 11/4/08 - 11/30/09 | $188,737.00 | $78,145.01 | $0.00 fees $1,166.85 exp. | $188,737.00 | $76,978.16 |

RLF1 3584931v.1

| Applicant | Role | Compensation Period | Fee Amount Requested | Expense Amount Requested | Fee Auditor's Recommended Reductions | Final Fee Approval[1] | Final Expense Approval |
|---|---|---|---|---|---|---|---|
| McKool Smith P.C. | Co-Counsel to the Official Producers' Committee | 10/1/09 - 11/30/09 | $594,359.00 | $9,142.21 | $15,000.00 fees $998.76 exp. | $579,359.00 | $7,395.25 |
| Andrews Kurth LLP | Co-Counsel to the Official Producers' Committee | 10/30/08 - 11/30/09 | $3,336,552.75 | $101,320.14 | $42,697.00 fees $5,037.22 exp. | $3,293,855.75 | $96,282.92 |
| Hunton & Williams LLP | Special Counsel to the Debtors | 1/28/09 - 11/30/09 | $129,165.91 | $99.71 | $0.00 fees $0.00 exp. | $129,165.91 | $99.71 |
| Richards, Layton & Finger, P.A. | Co-Counsel to Debtors | 7/22/08 - 11/30/09 | $2,955,587.50 | $277,641.57 | $13,071.00 fees $2,564.02 exp. | $2,954,623.00[2] | $275,740.55 |
| BDO Seidman, LLP[3] | Auditors to the Debtors | 7/22/09 - 11/30/09 | $3,575,275.14 | $513,383.27 | $143,162.25 fees $46,981.00 exp. | $3,432,112.89 | $466,402.27 |
| Blank Rome LLP | Co-Counsel to the Official Committee of Unsecured Creditors | 8/1/08 - 11/30/09 | $1,753,916.50 | $43,600.30 | $1,120.50 fees $368.11 exp. | $1,752,796.00 | $43,232.19 |
| Official Producers' Committee | | 10/21/08 - 11/30/09 | $0.00 | $23,021.77 | $0.00 fees $3,284.35 exp. | $0.00 | $19,737.42[4] |

2

---

[2] Total amounts (for fees and expenses) presume that RL&F prevails on its objection.
[3] BDO has filed two "Final Fee Applications" in this case, as there are two separate retention orders [Docket Nos. 2564 and 5764] which govern BDO's employment. This order covers BDO's second Final Fee Application, encompassing the time frame of July 22, 2009 through November 30, 2009.
[4] This amount is comprised of: $10,386.08 ($12,419.88 - 2,033.80) for Samson Resources Company; $646.35 ($1,886.90 - $1,250.55) for Special Energy Company; $2,907.09 for Williams Production; $2,169.10 for Altex Energy Company; and $3,638.80 for Kerr-McGee Oil & Gas Onshore LP.

RLF1 3584931v.1

| Applicant | Role | Compensation Period | Fee Amount Requested | Expense Amount Requested | Fee Auditor's Recommended Reductions | Final Fee Approval[1] | Final Expense Approval |
|---|---|---|---|---|---|---|---|
| Valuation Research Corporation | Specialized Asset Valuation Service Provider to the Debtors | 2/25/09 - 11/30/09 | $567,803.50 | $44,859.12 | $1,100 fees $13,324.03 exp. | $566,703.50 | $31,535.09 |
| Deloitte & Touche LLP | Accounting Related Consulting Provider to the Debtors | 7/8/09 - 11/30/09 | $334,586.75 | $41,277.75 | $370.50 fees $67.50 exp. | $334,216.25 | $41,210.25 |
| Deloitte Tax LLP | Tax Service Provider to the Debtors | 3/3/09 - 11/30/09 | $2,145,389.75 | $54,454.57 | $9,053.00 fees $407.49 exp. | $2,136,336.75 | $54,047.08 |
| Deloitte Financial Advisory Services LLP | Fresh Start Accounting Services Provider to the Debtors | 3/3/09 - 11/30/09 | $3,518,444.75 | $242,312.18 | $6,665.00 fees $1,779.42 exp. | $3,511,779.75 | $240,532.76 |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP | Co-counsel for the Official Committee of Unsecured Creditors | 8/1/08 - 11/30/09 | $16,953,526.50 | $542,987.40 | $27,095.50 fees $27,953.76 exp. | $16,926,431.00 | $515,033.64 |
| Navigant Consulting, Inc. | Forensic Accounting Consultant to the Official Committee of Unsecured Creditors | 7/29/09 - 11/30/09 | $1,458,862.50 | $140.03 | $2,032.50 fees $87.79 exp. | $1,456,830.00 | $52.24 |

3

RLF1 3584931v.1

| Applicant | Role | Compensation Period | Fee Amount Requested | Expense Amount Requested | Fee Auditor's Recommended Reductions | Final Fee Approval[1] | Final Expense Approval |
|---|---|---|---|---|---|---|---|
| Goldin Associates, LLC | Forensic Financial Advisor to Official Committee of Unsecured Creditors | 8/1/08 - 11/30/09 | $718,487.75 | $13,366.51 | $0.00 fees $0.00 exp. | $718,487.75 | $13,366.51 |
| Houlihan Lokey Howard & Zukin Capital, Inc. | Financial Advisor and Investment Banker to the Official Committee of Unsecured Creditors | 8/1/08 - 11/30/09 | $5,437,500.00 | $139,878.70 | $0.00 fees $890.00 exp. | $5,437,500.00 | $138,988.70 |
| Ogilvy Renault LLP | Canadian Counsel to the Official Committee of Unsecured Creditors | 8/26/08 - 11/30/09 | $311,150.27 | $27,429.09 | $0.00 fees $0.00 exp. | $311,150.27 | $27,429.09 |
| Blackstone Advisory Partners L.P. | Financial Advisor to the Debtors | 7/22/08 - 11/30/09 | $19,919,354.84 | $414,777.68 | $0.00 fees $1,852.59 exp. | $19,919,354.84 | $412,925.09 |
| Conner & Winters, LLP | Special Counsel for the Debtors | 7/22/08 - 11/30/09 | $6,567,459.45 | $91,989.36 | $17,389.90 fees $2,411.85 exp. | $6,550,069.55 | $89,577.51 |

4

RLF1 358493lv.1

| Applicant | Role | Compensation Period | Fee Amount Requested | Expense Amount Requested | Fee Auditor's Recommended Reductions | Final Fee Approval[1] | Final Expense Approval |
|---|---|---|---|---|---|---|---|
| Jeffrey J. Burns, C.P.A. | Tax Accountant and Service Provider to the Debtors | 1/1/09 - 11/30/09 | $232,576.00 | $1,024.60 | $16.80 fees $0.00 exp. | $232,559.20 | $1,024.60 |
| Longnecker & Associates | Compensation Consultant to the Debtors | 4/16/09 - 11/30/09 | $152,496.25 | $0.00 | $0.00 fees $0.00 exp. | $152,496.25 | $0.00 |
| Official Committee of Unsecured Creditors | | 8/1/08 - 11/30/09 | $0.00 | $27,134.45 | $0.00 fees $2,854.30 exp. | $0.00 | $24,280.15[5] |

---

[5] This amount consist of (i) costs totaling $3,094.59 for Charles B. Wilson of Crude Corporation; (ii) costs totaling $4,263.14 ($7,013.64 minus $2,750.506) for David Behenna of Pacific Investment Management Company LLC; and (iii) costs totaling $16,922.42 ($17,026.22 minus $103.807) for Phil Burch of Pacer Marketing, LLC, formerly known as Crude Marketing & Transportation.

RLF1 3584931v. 1