IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEMCRUDE, L.P., et al.,[1] | ) Case No. 08-11525 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| Plains Marketing L.P. v. Bank of America, et al. | ) Adv. Pro. No. 09-51003 (BLS) |
| | ) |
| SemMaterials, L.P. v. Ferraiolo Corp. | ) Adv. Pro. No. 11-53394 (BLS) |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 12, 2013 at 10:00 A.M.**[2]

**CONTINUED/RESOLVED MATTERS:**

1. Keystone Gas Corporation's Motion for Relief from the Automatic Stay of Section 362(d)(1) of the U.S. Bankruptcy Code [Docket No. 5691 - filed September 18, 2009]

   Objection/Response Deadline: extended for the Debtors and Bank of America, N.A. as the Debtors' Prepetition Administrative Agent and DIP Agent while the parties prepare a stipulation.

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: SemCrude, L.P. (7524), Chemical Petroleum Exchange, Incorporated (8866), Eaglwing, L.P. (7243), Grayson Pipeline, L.L.C. (0013), Greyhawk Gas Storage Company, L.L.C. (4412), K.C. Asphalt L.L.C. (6235), SemCanada II, L.P. (3006), SemCanada L.P. (1091), SemCap, L.L.C. (5317), SemCrude Pipeline, L.L.C. (9811), SemFuel Transport LLC (6777), SemFuel, L.P. (1015), SemGas Gathering LLC (4203), SemGas Storage, L.L.C. (0621), SemGas, L.P. (1095), SemGroup Asia, L.L.C. (5852), SemGroup Finance Corp. (3152), SemGroup, L.P. (2297), SemKan, L.L.C. (8083), SemManagement, L.L.C. (0772), SemMaterials Vietnam, L.L.C. (5931), SemMaterials, L.P. (5443), SemOperating G.P., L.L.C. (5442), SemStream, L.P. (0859), SemTrucking, L.P. (5355), and Steuben Development Company, L.L.C. (9042). SemCrude, L.P. has formally changed its name to Rose Rock Midstream Crude, L.P. SemGroup Holdings, L.P. (Case No. 08-12504) was not consolidated with the Debtors' aforementioned chapter 11 cases for procedural purposes through joint administration.

Pursuant to orders of the Bankruptcy Court entered on May 20, 2011, August 26, 2011 and May 31, 2013 [Docket Nos. 8834 8985, 9446, 9447 and 9448], the following chapter 11 cases have been closed: Chemical Petroleum Exchange, Incorporated, Grayson Pipeline, L.L.C., Greyhawk Gas Storage Company, L.L.C., SemFuel Transport LLC, SemFuel, L.P., SemGas Gathering, L.L.C., SemGas Storage, L.L.C., SemGroup Asia, L.LC., SemGroup Finance Corp., SemKan, L.L.C., SemMaterials Vietnam, L.L.C., SemOperating G.P., L.L.C., SemTrucking, L.P., Steuben Development Company, L.L.C., SemCap, L.L.C, SemManagement, L.L.C. (0772), SemCrude Pipeline, L.L.C. (9811), and K.C. Asphalt L.L.C. (6235).

[2] The hearing will be held before The Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Courtroom 1, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the June 12, 2013 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Tuesday, June 11, 2013 to register his/her telephonic appearance pursuant to the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

RLF1 8562015v.1

Objections/Responses Received:

A. SemCrude L.P.'s Emergency Motion Pursuant to 11 U.S.C. § 362 to Enforce the Automatic Stay Against Keystone Gas Corporation [Docket No. 5833 - filed September 29, 2009]

Related Documents:

i. Certification of Counsel / Request to Expedite / Motion for Relief from the Automatic Stay [Docket No. 5860 - filed September 30, 2009]

ii. Debtors' Opposition to Keystone Gas Corporation's Certification of Counsel / Request to Expedite / Motion for Relief from the Automatic Stay [Docket No. 5879 - filed September 30, 2009]

Status: This hearing on this matter is continued to a date to be determined. The parties are working to prepare a stipulation to resolve this matter.

2. Debtors' Eighteenth Substantive Omnibus Objection to Claims (Contingent Only Insurance Claims) [Docket No. 7573 - filed April 16, 2010]

Objection/Response Deadline: May 6, 2010 at 4:00 p.m.

Objections/Responses Received:

A. Response of Westchester Fire Insurance Company and ACE USA to the Reorganized Debtors' Eighteenth Substantive Omnibus Objection to Claims (Contingent Only Insurance Claims) [Docket No. 7649 - filed May 5, 2010]

B. Response of Liberty Mutual Insurance Company to Reorganized Debtors' Eighteenth Substantive Omnibus Objection to Claims (Contingent Only Insurance Claims) [Docket No. 7651 - filed May 6, 2010]

C. Informal response from Zurich

Related Documents:

i. Affidavit of Henry R. Colvin in Support of the Reorganized Debtors' Eighteenth Substantive Omnibus Objection to Claims (Contingent Only Insurance Claims) [Docket No. 7581 - filed April 19, 2010]

ii. Order Granting Reorganized Debtors' Eighteenth Substantive Omnibus Objection to Claims (Contingent Only Insurance Claims) [Docket No. 7715 - filed May 20, 2010]

iii. Notice of Withdrawal of Proofs of Claim Filed by Zurich American Insurance Company [Docket No. 8523 - filed October 5, 2010]

Status: The Court entered an order with respect to the resolved or uncontested claims. Liberty Mutual Insurance Company and Zurich American Insurance Company have withdrawn their claims that were included on the objection. The parties are working toward a resolution with respect to the response of Westchester and plan to file any such agreement under certification of counsel. As a result, the hearing on this matter is continued to July 17, 2013 at 10:30 a.m.

3. Emergency Motion to Enforce the Provisions of the Order Confirming Debtors' Fourth Amended Joint Plan and to Enforce the Provisions of the Confirmed Plan and for Other Relief [Docket No. 8811 - filed May 4, 2011]

   Objection/Response Deadline: June 6, 2011 at 4:00 p.m.

   Objections/Responses Received:

   A. Joinder of the SemGroup Litigation Trust in Thomas Kivisto's Emergency Motion to Enforce the Provisions of the Order Confirming Debtors' Fourth Amended Joint Plan and to Enforce the Provisions of the Confirmed Plan and for Other Relief [Docket No. 8829 - filed May 19, 2011]

   B. Joinder of SemGroup Corporation in Thomas Kivisto's Emergency Motion to Enforce the Provisions of the Order Confirming Debtors' Fourth Amended Joint Plan and to Enforce the Provisions of the Confirmed Plan and for Other Relief [Docket No. 8836 - filed May 23, 2011]

   C. Objection of Cottonwood Partnership, L.L.P.; Dunbar Family Partnership, L.P.; Rosene Family, L.L.C.; Warren F. Kruger; Katherine A. Kruger; David S. Kruger; and Kathryn E. Shelley to (I) Thomas L. Kivisto's Emergency Motion to Enforce the Provisions of the Order Confirming the Debtors' Fourth Amended Joint Plan and to Enforce the Provisions of the Confirmed Plan and for Other Relief; (II) Joinder of the SemGroup Litigation Trust; and (III) Joinder of SemGroup Corporation [Docket No. 8861 - filed June 6, 2011]

   D. Notice of Filing of Exhibit "A" - Certificate of Service and Exhibit "B" - PwC Notice of Removal - to the Objection of Cottonwood Partnership, L.L.P.; Dunbar Family Partnership, L.P.; Rosene Family, L.L.C.; Warren F. Kruger; Katherine A. Kruger; David S. Kruger; and Kathryn E. Shelley to (I) Thomas L. Kivisto's Emergency Motion to Enforce the Provisions of the Order Confirming the Debtors' Fourth Amended Joint Plan and to Enforce the Provisions of the Confirmed Plan and for Other Relief; (II) Joinder of the SemGroup Litigation Trust; and (III) Joinder of SemGroup Corporation [Docket No. 8862 - filed June 6, 2011]

   E. Reply of the SemGroup Litigation Trust to Objection of Cottonwood Partnership, L.L.P.; Dunbar Family Partnership, L.P.; Rosene Family, L.L.C.; Warren F. Kruger; Katherine A. Kruger; David S. Kruger; and Kathryn E. Shelley to (I) Thomas L. Kivisto's Emergency Motion to Enforce the Provisions of the Order Confirming the Debtors' Fourth Amended Joint Plan and to Enforce the

Provisions to the Confirmed Plan and for Other Relief; (II) Joinder of the SemGroup Litigation Trust; and (III) Joinder of SemGroup Corporation [Docket No. 8872 - filed June 20, 2011]

F. Defendant Thomas L. Kivisto's Reply to the Objection of Plaintiffs to (I) Thomas L. Kivisto's Emergency Motion to Enforce the Provisions of the Order Confirming the Debtors' Fourth Amended Joint Plan and to Enforce the Provisions of the Confirmed Plan and for Other Relief; (II) Joinder of the SemGroup Litigation Trust; and (III) Joinder of SemGroup Corporation [Docket No. 8875 - filed June 20, 2011]

Related Documents:

i. Letter to Judge Shannon regarding Emergency Motion to Enforce the Provisions of the Order Confirming Debtors' Fourth Amended Joint Plan and to Enforce the Provisions of the Confirmed Plan and for Other Relief Filed by Thomas L. Kivisto [Docket No. 9028 - filed October 5, 2011]

ii. Opinion [Docket No. 9031 - filed October 7, 2011]

iii. Order [Docket No. 9032 - filed October 7, 2011]

iv. Memorandum Order [Docket No. 9359 - filed November 15, 2012]

v. Memorandum Order [District Court Case No. 1:11-cv-01174-SLR; Docket No. 26 - filed March 12, 2013]

vi. Order Setting Status Conference Pursuant to 11 U.S.C. § 105(d) [Docket No. 9434 - filed 4/19/13]

Status: The status conference regarding this matter is continued to the hearing scheduled for July 17, 2013 at 10:30 a.m.

4. Pretrial conference re: SemMaterials, L.P. v. Ferraiolo Corp. [Adv. Pro. No. 11-53394]

Related Documents:

A. Complaint for (I) Breach of Contract, (II) Attorneys' Fees and Costs, and Other Relief [Adv. Pro. No. 11-53394 Docket No. 1 - filed October 7, 2011]

B. Summons and Notice of Pretrial Conference in an Adversary [Adv. Pro. No. 11-53394 Docket No. 3 - filed October 20, 2011]

C. Ferraiolo Corp.'s Answer and Affirmative Defenses [Adv. Pro. No. 11-53394 Docket No. 5 - filed November 21, 2011]

D. Notice of Rescheduled Initial Pretrial Conferences [Adv. Pro. No. 11-53394 Docket No. 6 - filed December 8, 2011]

RLF1 8562015v.1

<u>Status</u>: The defendant, Ferraiolo Corp., filed for Chapter 11 bankruptcy protection in the United States Bankruptcy Court for the District of Maine on March 13, 2013. Accordingly, the pretrial hearing is continued indefinitely.

5. Associated Producers' Second Motion to Compel Plains Marketing, L.P. to Produce Documents and Declaration of Blake H. Bailey [Adv. Pro. No. 09-51003 Docket No. 503 - filed December 6, 2011]

   <u>Objection/Response Deadline</u>: Not noted

   <u>Objections/Responses Received</u>: None to date

   <u>Status</u>: Counsel to the movant has informed counsel to the debtors that it intends to withdraw the motion without prejudice. Accordingly, no hearing regarding this matter is necessary.

6. Plains Marketing, LP's Motion to Compel [Adv. Pro. No. 09-51003 Docket No. 504 - filed December 6, 2011]

   <u>Objection/Response Deadline</u>: Not noted

   <u>Objections/Responses Received</u>: None to date

   <u>Status</u>: Counsel to the movant has informed counsel to the debtors that it intends to withdraw the motion without prejudice. Accordingly, no hearing regarding this matter is necessary.

7. Motion of Certain Debtors for Entry of Final Decree [Docket No. 9439 - filed May 7, 2013]

   <u>Objection/Response Deadline</u>: May 24, 2013 at 4:00 p.m.

   <u>Objections/Responses Received</u>: None

   <u>Related Documents</u>:

   i. Final Report in Chapter 11 Cases [Docket No. 9440 - filed May 7, 2013]

   ii. Certificate of No Objection Regarding Motion of Certain Debtors for Entry of Final Decree [Docket No. 9445 - filed May 30, 2013]

   iii. Order Granting Motion of Certain Debtors for Entry of Final Decree (re: SemManagement - 08-11539) [Docket No. 9446 - filed May 31, 2013]

   iv. Order Granting Motion of Certain Debtors for Entry of Final Decree (re: SemCrude Pipeline - 08-11533) [Docket No. 9447 - filed May 31, 2013]

   v. Order Granting Motion of Certain Debtors for Entry of Final Decree (re: K.C. Asphalt L.L.C. - 08-11530) [Docket No. 9448 - filed May 31, 2013]

<u>Status</u>:  On May 31, 2013, the Court entered orders granting the relief requested. Accordingly, no hearing regarding this matter is necessary.

Dated: June 10, 2013
Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Marcos A. Ramos (No. 4450)
L. Katherine Good (No. 5101)
Tyler D. Semmelman (No. 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

CONNER & WINTERS, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172
Telephone:  (918) 586-5711
Andrew R. Turner

*Attorneys for the Debtors*